# Exhibit A

**10** EL MUNDO MARTES 11/05/2010



# "ZOMBIE"

## Delató y desafió a su propia mara

**Diario El Mundo** ‖‖‖‖
Segunda de **tres entregas**

No habían pasado muchos días desde que las autoridades capturaran a Juan Bautista Portillo Bonilla, en el 2006, y lo acusaron de cometer 20 asaltos en casas cuando el "Zombie" comenzó a diseñar un plan para evitar ir a un centro penal por una larga temporada.

Lo que, en realidad, necesitaba, era tiempo para fugarse y regresar a cometer asaltos cargados de violencia contra sus víctimas, como lo hizo durante mucho tiempo.

Fue entonces que se le ocurrió un plan: ofrecerse como testigo a la Fiscalía General de la República y declarar, supuestamente,

Cuando a Juan Bautista Portillo, el "Zombie", lo detuvieron y acusaron de robar en 20 casas de zonas exclusivas, éste se ideó un plan: **delatar a jefes de la mara salvatrucha, grupo al que pertenecía.** Cuando se enteró de que los fiscales dudaban de la trampa que les tendió, se fugó. Entonces regresaron los asaltos.

contra algunos de los jefes de la Mara Salvatrucha, organización a la que pertenece y donde, por mucho tiempo, fue entrenado para cometer toda suerte de fechorías.

Después de tener contacto con varios fiscales, les dijo que podía convertirse en un testigo calificado para delatar varios sonados homicidios cometidos por los jefes de esa mara.

El platillo que el "Zombie" le puso a los fiscales era tentador. Por eso es que fiscales de la Unidad contra el Crimen Organizado, sedientos de información y de pruebas claves contra los jefes de la salvatrucha cayeron, fácilmente, en la celada y le dieron credibilidad a su testimonio. Los fiscales estimaron que, mediante el uso de ese pez, podían llegar a los más grandes de la estructura y hasta celebraron que, por fin, alguien desde adentro les dijera lo que deseaban escuchar.

De todas maneras, el "Zombie" estaba preparado para ejecutar cualquier falso papel: se fue a Guatemala y, falsamente, se transformó en pastor evangélico. Regresó aquí no para guiar cristianos sino para conseguir información que le permitiera asaltar residencias cargadas de joyas, dinero y otros bienes de mucho valor.

Para los agentes auxiliares del Ministerio Público las declaraciones del marero llegaban en un momento clave porque les permitiría resolver una serie de crímenes que supuestamente se habían ordenado desde el centro penal de máxima seguridad en Zacatecoluca, departamento de La Paz.

"Juan Bautista Portillo Bonilla expresó su deseo de declarar en investigaciones que seguía la División Élite contra el Crimen Organizado (DECO) por diversos homicidios en los cuales se estaría involucrando a cabecillas de la pandilla MS-13", recordó a El Mundo Rodolfo Delgado, jefe de investigación de crimen organizado de la Fiscalía.



## BORRACHERA DE DATOS

El "Zombie" comenzó a incriminar con su testimonio a los jefes de la MS era el de Walter Gil Polanco, alias "El Camarón de Parvis" un marero que, aparentemente, había llegado desde Estados Unidos para asesinar a un pandillero conocido como "El Smoky".

Este último había salido del anonimato para cobrar fama tras aparecer en un documental sobre pandillas y formaba parte de una organización de rehabilitación para integrantes de maras.

A pesar de que Portillo Bonilla parecía manejar buenos datos, los investigadores pronto se dieron cuenta que el "Zombie" mentía.

Cuando entraron en los detalles, se dieron cuenta que la información que les proporcionaba no era real, sobre todo si se contrastaba con otras investigaciones.

Cuando Portillo Bonilla se siente descubierto y sabe que todo su plan ha sido desbaratado, comienza a realizar las coordinaciones necesarias con el exterior para fugarse de las bartolinas de la Policía de Mejicanos donde estaba bajo régimen de protección ya que era testigo criteriado.

## SE FUGÓ

Con la rapidez de una ave de caza, el "Zombie" se dio cuenta, en abril del año pasado, que su cuento se caía ante los fiscales.

Fue entonces que aprovechó que los fiscales lo tuviesen en la Policía de Mejicanos con bastante libertad, que aprovechó para fugarse con la ayuda de algunos amigos.

A ese centro policial llegaron varios amigos suyos, no tatuados, entretuvieron a los policías y eso lo aprovechó Portillo Bonilla para fugarse sin arriesgar mucho o dar algo a cambio.   Una vez en las calles, volvió a lo suyo: reorganizó su grupo de delincuentes y los atracos a casas resucitaron.

Uno de los primeros a quien buscó fue a Henry Alexander Monterrosa Granillo, alias "Sapo" quien participó en varios atracos, pero por ser menor de edad los fiscales nunca lograron que los tribunales le decretaran internamiento.

Cuando logró la libertad, el "Zombie" se diseñó un plan de atracos futurista. De todas maneras, desde el 2007 reclutaba pandilleros para atracar viviendas, pero se llevó consigo a menores de edad. Pensó, para tomar ese camino, que los jueces no harían mucho daño con sus condenas a menores, en el caso de que fueran capturados.

Al escapar de las bartolinas policiales también se contactó con Santiago Escobar Aguilar, un taxista que en las indagaciones aparece como un colaborador de pandilleros. A la lista se sumaron Luis Orlando García Ramírez y Rubén Antonio Granillo Pinto, estos tres fueron detenidos a finales de abril por cinco robos en viviendas.

Con este grupo de personas, Portillo Bonilla decide volver a delinquir y dedicarse a la actividad delictiva que en el pasado le había permitido tener grandes ingresos económicos.

Al "Zombie" le costó tres meses reorgani-

## Portillo reorganizó en tres meses su estructura y hasta la diversificó. Fue entonces cuando empezaron, de nuevo, los asaltos

zar su estructura y preparar a los tres nuevos miembros, ya que Henry era un viejo conocido y experto en atracos.

### VUELTO AL CAMINO

Fue así que, en julio del año pasado ejecutan el primer hecho. Para sorpresa de las autoridades no fue un asalto en vivienda, sino un plagio. Era el regreso de Portillo Bonilla en la industria del secuestro y que venía a confirmar la hipótesis de que antes de ser detenido por primera vez, ya había cometido al menos dos secuestros.

Luego de ese plagio en el municipio de Santa Tecla, la estructura opta por retomar también los atracos en viviendas en Cumbres de la Escalón, Residencial Monte Verde, Villas del Mar, Bosques de Santa Teresa, Pinares de Suiza, Hacienda Pasatiempo, Bosques de Lourdes, Jacarandas, colonia San Francisco, colonia Santa Ana Norte y Sonsonate. En esta última ciudad se trató del segundo secuestro que había ejecutado en menos de un año.

De la banda del "Zombie" en varias oportunidades cuatro de sus principales aliados fueron detenidos por delitos menores y siempre recobraron su libertad.

El último antecedente se registró de ellos antes de quedar detenidos el pasado 30 de abril por orden del Juzgado Especializado de San Salvador, fue el 9 de diciembre del año pasado.

En esa fecha agentes del Sistema de Emergencia 911 los arrestaron en la Calle Gabriela Mistral por agrupaciones ilícitas, tenencia, portación o conducción ilegal de armas de fuego, fueron procesados en el Juzgado 4º de Paz de San Salvador.

Según las pesquisas, las armas de fuego que los policías les hallaron habían sido reportadas como robadas en unas viviendas saqueadas en Cumbres de Cuscatlán y de la Residencial Santa Teresa.

Al taxista Santiago Escobar Aguilar le decretaron sobreseimiento definitivo, pero a Henry Alexander Monterrosa Granillo, su primo Rubén Antonio Granillo Pinto y Luis Orlando García Ramírez, pasaron con instrucción con medidas al Juzgado 4º de Instrucción.

Consta en el proceso abierto en este tribunal que cuando los agentes policiales

## A los socios del "Zombie" les encontraron armas robadas en residencias exclusivas de la capital

realizaban un patrullaje en la 25ª Avenida Norte, escucharon por el radio que en el interior de la Iglesia Asambleas de Dios ubicada sobre la Alameda Juan Pablo II y 39ª Avenida Norte, se había efectuado un robo por un grupo de hombres armados y que había huido en tres vehículos, entre ellos un taxi.

Con esa alarma el equipo del 911 hizo un rastreo en el sector y en el bulevar Los Héroes. Ahí ubicaron un taxi en el que viajaban cinco sospechosos. Les hicieron señal de alto, pero no se detuvieron.

Fue hasta en la Calle Gabriela Mistral que pararon la marcha al registrarlos cada uno portaba una pistola, dinero en efectivo y teléfonos celulares; por ese hecho fueron a los tribunales donde recuperaron su libertad con medidas. Aun estando con ese beneficio, los imputados siguieron delinquiendo bajo el mando del "Zombie".

Este caso de las armas lo diligenció la Unidad de Vida de la Fiscalía de San Salvador, pero cuando se descubre que las armas incautadas aparecían en un caso de robo en vías de investigación, es retomado por la Unidad contra el Crimen Organizado.

"Cuando retomamos la investigación lo primero que se hizo fue unificar toda la información, se empezó por analizar el modus operandi de estos sujetos y empezamos a ver que era similar al que había ejecutado Juan Bautista Portillo Bonilla en el pasado. Eso, más las diferentes pesquisas que realizaron los investigadores, permitieron identificar que estas personas se sospechaba la participación en por lo menos 20 robos de viviendas y dos secuestros", comentó Delgado.

El jefe de los asaltacasas cuando decidió acusar a los principales líderes de pandilla presos, sabía perfectamente que en la MS iban a ponerle precio a su cabeza, ya que había traicionado la confianza que le dieron y el apoyo que recibió para ejecutar una serie de hechos delictivos.

Lo que más desató la furia de los líderes de esa agrupación fue que se les atribuyera homicidios que jamás se ordenaron desde el interior del penal de Zacatecoluca.

Pero el "Zombie" les demostró que no necesitaba más de ellos para delinquir porque siempre encuentra socios que lo siguen y que están dispuestos a acompañar sus fechorías.

## El "Zombie" anda suelto y ahora no sólo roba casas sino también secuestra ayudado por menores de edad

GRANDES SERIES

# Maras controlan asaltos a casas



"El zombie" es el hombre que domina los múltiples asaltos a casas /DEM

Una serie de bandas de asaltacasas fundadas por un marero a quien apodan el "zombie", mantienen preocupadas a las autoridades. Se hacen pasar por pastores, carteros y hasta fiscales para cometer sus fechorías.

Diario El Mundo |||| Primera de tres entregas



E s un hombre listo. Está adiestrado en las peores prácticas de la mara salvatrucha. Tiene la habilidad de cambiar su figura en menos de lo que cualquiera piensa. Hoy puede aparecerle como un pastor evangélico. Mañana aparece como un hombre de buenos modales y nada violento. Se llama Juan Bautista Portillo Bonilla. Sus compañeros de la mara salvatrucha le llaman "El Zombie", quizá porque duerme poco o porque también tiene la habilidad personal de aparecerse cuando menos se espera.

Los investigadores policiales comenzaron a saber de él, con más frecuencia que nunca, en el 2005. Sobre todo porque comenzaron a recaudar informaciones que lo vinculaban con una serie de asaltos a casas.

Primero se decía que era el responsable del pillaje de unas siete casas. Una de ellas

es propiedad de una alta ex funcionaria. El número creció con el tiempo y los detalles sobre cómo lo hace también porque se ayudado, en cada golpe, por al menos tres pandilleros más.

Los policías en un principio pensaron que Portillo Bonilla era uno de esos mareros inexpertos que, por su novatez, sus movimientos habían quedado registrados.

Las autoridades siempre pensaron que sus delaciones lo harían caer muy pronto. Pero, se equivocaron.

El problema es que, con el paso del tiempo, en zonas residenciales exclusivas del país comenzaron a registrarse nuevas víctimas de el "zombie". Lo peor es que a los atracos se sumaban violaciones de víctimas y vejaciones. Luego limpiaban las casas y se llevaban todo lo que se encontraran sus ojos.

Durante los primeros inventarios policiales se determinó que las joyas y el dinero era lo que más requerían de sus víctimas.

Luego ocurrió algo más: al principio, los reportes de los robos eran retomados por las diferentes unidades en cada una de las delegaciones policiales. Pero, conforme se profundizaron las investigaciones, y comenzaron a encontrarse modalidades y conductas similares, las pesquisas fueron trasladadas a divisiones especializadas de la Fiscalía General de la República y la Policía Nacional Civil.

Además, los niveles de información que comenzaron a recibir los investigadores les notificaban que estaban frente a algo grande con lo que no se podía jugar.

Fue así que, basados en informantes, en la recopilación de toda suerte de pruebas, surgió la figura de Portillo Bonilla como el



Alexander Monterrosa es otro miembro de la banda de asaltantes /DEM



Juan Bautista Portillo Bonilla es el verdadero nombre del "zombie" /DEM



Rubén Granillo Pinto fue detenido por las autoridades locales /DEM



Santiago Escobar Aguilar es otro de los hombres preparados por el "zombie" /DEM



Luis Orlando García Ramírez, dedicado a asaltar casas en varios puntos /DEM

cabecilla de una banda que se dedicaba a asaltar viviendas.

Después de muchas acciones y recorrer toda suerte de recovecos, Portillo fue detenido el 22 de julio del 2006.

### EL CEREBRO

"El Zombie" fue arrestado como el cerebro de la estructura y un mes después, específicamente el 23 de agosto, cuatro de sus secuaces identificados con Juan Carlos Munguía, Erick Ernesto Navarrete, Gilbert Alexander Portillo y Miguel Antonio González son detenidos tras una persecución policial en la que un agente, y uno de los asaltantes resultaron herido en una vivienda en la colonia Jardines de Cuscatlán, en Ciudad Merliot.

El método que aplicaban los asalta cazas no mostraba grandes sobresaltos: se movi-

## Lo que empezó como una banda de mareros se transformó en varios grupos que operan en todo el país bajo el mando de el "zombie".



Los asalta casas en varios puntos del país usan ropa de marca y son astutos para engañar a los dueños de viviendas.

lizaban por barrios de clase media o altos. Por días y horas vigilaban las residencias de sus víctimas.

Cuando estimaban que estaban listos, irrumpían en las viviendas, luego sometían a los moradores y después se llevaban electrodomésticos, joyas, dinero y armas de fuego. Pero, en ocasiones no abandonaban las tentaciones de violar víctimas o ejecutar todo tipo de vejaciones.

A Juan Bautista Portillo Bonilla se le atribuyen al menos veinte atracos en vivienda a mano armada y una cadena de hechos que van desde agresiones sexuales, violaciones, homicidios y hasta secuestros.

"El Zombie" creció bajo la sombra de experimentados jefes de la Mara Salvatrucha quienes lo adiestraron, aún estando recluidos en el penal de máxima seguridad de Zacatecoluca, departamento de La Paz.

Una vez entrenado y cuando se estimó que estaba listo para dirigir las acciones delictivas, comenzó a intensificar los atracos y a crear sus propios planes que iban desde las labores de vigilancia y seguimiento de sus víctimas.

Ahora se sabe que el delincuente, incluso, fue adiestrado en técnicas de reclutamiento ya que por el tipo de hechos en el que había incursionado, por si solo no podía realizar todas sus actividades.

Fue así como, a cambio de dinero y bajo la aplicación de las reglas de las pandillas, el "zombie" comenzó a reclutar a otros pandilleros para saquear viviendas en populosas colonias como Santa Elena, San Francisco, San Benito, Lomas de San Francisco y otras de Antiguo Cuscatlán y del interior del país.

Los cabecillas de la MS recluidos en "Zacatraz" le habían dicho a "El Zombie" que entrara en las clicas y convenciera a los "soldados", como le llaman al pandillero co-

mún y corriente, para que los convenciera de incorporarse al nuevo negocio el cual era muy rentable y que se ganaba muchísimo dinero.

Portillo Bonilla, que pasó de ser un pandillero tímido en sus primeros años en la agrupación criminal a un peligroso criminal con sangre fría y muy calculador, tuvo la capacidad de incorporar a su banda a todo aquel marero que él le proponía.

Con el ofrecimiento que les hacía era casi imposible que los demás mareros rechazaran la oferta delictiva ya que económicamente les iba muy bien al dejar sus actividades de extorsiones y hurtos por los atracos en viviendas exclusivas.

Cuando el "sombie" se dio cuenta que la Fiscalía había judicializado los primeros casos en su contra, supuestamente buscó ayuda de sus compinches en Guatemala.

Fue entonces cuando decidió irse por algún tiempo a ese país donde conocía y había trabado amistad con asalta casas de Guatemala.

Por varios meses y mientras pasaba el escándalo por los robos que había cometido, "El Zombie" pasó escondido en Guatemala y para eludir a las autoridades de ambos países se cambió el nombre. Ya no se llamaba Juan Bautista Portillo Bonilla, sino Christopher Wilfredo Soriano.

En aras de cambiar su estrategia de delinquir a su regreso a El Salvador, porque no estaba dispuesto a dejar la "mina de oro" encontrada en las exclusivas zonas residenciales de nuestro país, se las ingenió para retomar su camino delictivo y optó por una estrategia bastante descabellada. Entonces se preparó como pastor evagélico en Guatemala.

### REGRESO AL PAÍS

Al tener los conocimientos necesarios en esa

materia decidió regresar al país y hasta cambió su forma de vestir.

## En Guatemala se transformo en pastor evagélico pero no para cuidar ovejas sino para sofisticar sus métodos para asaltar casas.

caía en la trampa y se dejaba evangelizar. Nadie podía imaginar que, en el fondo, aquel manso pastor tenía perversas intensiones de hacer daño y que cambiaría sus mensajes bíblicos por sus acciones violentas.

"El Zombie", haciéndose pasar como pastor evangélico logró engañar a muchas familias a quienes sometió para luego permitir que sus demás compañeros asalta casas ingresaran a las residencias y se llevaran todo lo que encontraban de paso.

Las autoridades detectaron que por un tiempo también se fue hacia Estados Unidos. Ahora se sospecha que ese viaje no fue en vano ya que adquirió otras modalidades delictivas.

Las víctimas en sus denuncias han expresado que algunos miembros de la familia y las domésticas salieron a atender el timbre porque en la entrada había un cartero que supuestamente iba a dejar correspondencia. Pero, ese era el ardid. Siempre resultaba que el que tocaba la puerta era uno de los asaltantes que se había disfrazado de esa forma para poder irrumpir la vivienda y llevarse todo, con ayuda de otros compañeros que esperaban muy cerca.

En otros casos se hicieron pasar como agentes policiales, vestían similar y cualquier persona les terminaba abriendo la puerta de la casa. Hay casos en los que, incluso ,expresaban ser agentes auxiliares de la Fiscalía General de la República.

Con todas esas modalidades delictivas han logrado cometer muchos saqueos de viviendas .

El problema es que lo que comenzó como una simple banda, luego de multiplicó en más grupos. El "zombie" ha llegado a ser jefe de tres estructuras organizadas que han tenido su centro de operaciones en diversos puntos del país.

"El Zombie" y su gente está delinquiendo en todas partes. Han cometido hechos en San Miguel, Santa Ana, Sonsonate, La Libertad y San Salvador.

La última estructura que se conoce y que ha sido desbaratada parcialmente a finales de abril de este año, es la banda "Los Catrines". Tres de sus miembros fueron detenidos, no así Portillo Bonilla y Henry Alexander Monterrosa Granillo, incriminados por testigos en cinco robos.

Por estos casos el Juzgado Especializado de Instrucción de San Salvador, ordenó que Santiago Escobar Aguilar, Luis Orlando García Ramírez y Óscar Enrique Cruz Martínez pasaran la fase de instrucción y giró nuevas órdenes de arresto para los dos principales cabecillas prófugos.

A los integrantes de la Mara Salvatrucha, agentes de la División de Investigación Criminal (DIC) los estaba indagando por cinco denuncias que habían interpuesto en sede fiscal. En todos los hechos las víctimas dieron las mismas características.

Con base a las declaraciones que las víctimas han proporcionado, al momento de interponer las denuncias, las autoridades manifiestan que para cometer los robos esta banda está utilizando armas de grueso calibre, como fusiles M-16 y hasta AK-47.

July 27, 2006

TRANSLATION

## Victims recognize defendant in burglaries

Robberies. There are seven new accusations against the defendant following the publication of his photo in El Diario de Hoy. He is also being investigated in two kidnappings.

Published on July 27 2006, El Diario de Hoy
El Diario de Hoy
nacional@elsalvador.com

[Right side of page] Photo.
Caption: Detained. A policeman holds Juan Bautista Portillo, accused of robbing homes.

Juan Bautista Portillo Bonilla, (alias) Zombie, is responsible for thirteen cases of armed home robberies which have taken place starting in April of this year. For this purpose, he recruited Mara Salvatrucha gang members. He is also charged with two kidnappings and several cases of rape, according to the National Civilian Police.

Yesterday, the director of the association, Rodrigo Avila stated that there are already seven new accusations against him, after victims identified him through an issue of El Diario de Hoy.

However, according to Director Avila, he is linked to more than 30 cases.

Yesterday, José Luis Tobar Prieto, deputy director general of the PNC, gave additional information about the presumed burglar.

### Recruitment

PNC investigations state that Portillo did not work alone, on the other hand, he recruited members of the MS gang to burglarize homes in the areas of Antiguo Cuscatlán, Lomas de San Francisco, and Santa Elena, among others.

"He took them away from their criminal activities and included them in the group, so that they would dedicate themselves exclusively to robbery", stated the police chief.

Tobar said that Portillo had been sought since last year, but that he had found refuge in Guatemala under the name of Christopher Wilfredo Soriano, and that he had also spent a few months in the United States.

For three years, he also received education in order to become an evangelical preacher in Guatemala, which confirms to police that he pretended to be a preacher in order to enter the homes of his victims.

[Column – right margin]
- Neighborhood committees are being urged – 2006/07/26
- They waited for the gate to be open – 2006/07/26
- Six assaults registered in colonia – 2006/07/26
- Home invaders: link with Guatemalan gangs is being investigated – 2006/7/26
- Accused leader of home invasion gang is caught – 2006/07/25

[Left margin – box representing photo]
Caption: Facility. The center will be open 365 days a year. Photo: EDH

Tobar Prieto also stated that he is just one of the leaders of at least three gangs of home invaders which started operating this year.

He also assured that his robberies are violent and that high-caliber weapons have been used in order to assault victims, such as M-16 rifles.

**More crimes**

The investigation against Portillo also links him to two cases of kidnapping which took place in March and April of last year, and he is being suspected as well in cases of rape. However, the police deputy director did not elaborate about these because he states that they are still under investigation.

Police is also following the lead of at least five other people who accompanied him during robberies of homes under false pretenses.

Portillo was captured through an arrest warrant issued by the Juzgado Segundo de Instrucción [lit. Court of Second Arraignment] of Santa Tecla, in the neighborhood of Sinaí, department of Santa Ana, on July 22. A blue Tacoma Pick up was seized from him. It is presumed it was used to prowl around houses before the assaults and to transport stolen goods. Falsified documents and cellular telephones have also been seized.

**Tips for the Home**

The burglars pretend to be mechanics, electricians, preachers or salesmen
- Do not open the door to strangers right away.
- Verify the identity and certification of people who come to do work at your house, such as mechanics, electricians, architects or other professionals.
- Check who is in the area before opening your gate or garage door.

**Police urges reports**

Rodrigo Avila, Director of the National Civilian Police, urged everyone to report Juan Bautista Portillo, alias Zombie, by accessing the recently inaugurated Centro de Atención Ciudadana [Citizen Help Center].

This police facility will be able to take care of cases as simple as robbery of home appliances, as well as corruption by members of the police and assaults by Organized Crime.

The center is located at Alameda Roosevelt and 41 Avenida Norte. It will also provide psychological and legal assistance, 24 hours a day.
Avila said that before the end of the year, other facilities in Soyapango, Apopa and Santa Tecla are expected to open.

Since this is not a police station, Avila states that people will feel more comfortable accessing it and making claims, no matter whether it is regarding a misdemeanor or a felony.
There will also be a prosecutor. "People can feel safe", stated the chief of police.

# El Diario de Hoy

en elsalvador.com

Lunes 24 de mayo de 2010
10:52:34 San Salvador, C.A.



BUSCAR  elsalvador.com ⊙  WWW ○ [          ]  (ir) Google

PUBLICIDAD

| PORTADA | NACIONAL | EL PAÍS | DEPORTES | METRO | NEGOCIOS | EDITORIAL | RUZ | VIDA | INTERNACIONALES | POR EL MUNDO |

ARCHIVO  OBITUARIO  REVISTAS  SERVICIOS  CONTÁCTENOS

## Nacionales

# Víctimas reconocen a acusado de saqueos

🖥 Compartir  🖨 Imprimir

Robos. Hay siete nuevas denuncias contra el imputado tras la publicación de su foto en El Diario de Hoy. Además se le investiga por dos secuestros

Publicada 27 de julio de 2006 , El Diario de Hoy

El Diario de Hoy
nacional@elsalvador.com

Juan Bautista Portillo Bonilla, (a) Zombie, tiene sobre sus hombros trece casos de robo a mano armada en viviendas desde abril de este año, para los cuales reclutaba a pandilleros de la Mara Salvatrucha. Se le acumulan dos secuestros y varias violaciones, según la Policía Nacional Civil.

Pero ayer el director de la corporación, Rodrigo Ávila, afirmó que ya hay siete nuevas denuncias en su contra, después de que las víctimas lo identificaran por medio de las publicaciones de El Diario de Hoy.

Sin embargo, los casos en los cuales estaría vinculado superan los 30, según el director Ávila.



Detenido. Un policía custodia a Juan Bautista Portillo, acusado de robo en viviendas. Foto: EDH

Ayer, el subdirector general de la PNC, José Luis Tobar Prieto, dio más información sobre el presunto saqueador.

### Reclutamiento

Las investigaciones de la PNC sostienen que Portillo no trabajaba por sí solo sino que, por el contrario, reclutaba a miembros de la pandilla MS para saquear las viviendas de las zonas de Antiguo Cuscatlán, Lomas de San Francisco y Santa Elena, entre otras.

"Los sacaba de sus actividades delincuenciales y los incluía en el grupo para que se dedicaran exclusivamente a robar", sostuvo el jefe policial.

Notas relacionadas

■ Instan a organizar comités vecinales.- 2006/07/26

■ Esperaron que abriera el portón.-2006/07/26

■ Contabilizan seis atracos en colonia.- 2006/07/26

Tobar dijo que Portillo era buscado desde el año pasado, pero se refugió en Guatemala bajo el nombre de Christopher Wilfredo Soriano y también permaneció en los Estados Unidos durante unos meses.

Además, se preparó durante tres años como pastor evangélico en Guatemala, lo que para la policía confirma que se hacía pasar como predicador para entrar en las casas de sus víctimas.

■ Asaltacasas : investigan nexo con bandas de Guatemala.- 2006/07/26

■ Cae acusado de dirigir banda de asaltacasas.- 2006/07/25



Instalación. El centro funcionará los 365 días del año. Foto: EDH

Tobar Prieto informó, además, que él es sólo uno de los líderes de al menos tres bandas de asaltacasas que están operando desde este año.

Además, aseguró que sus robos son violentos e incluso han utilizado armas de grueso calibre, como fusiles M-16 para asaltar a sus víctimas.

**Más delitos**

Las investigaciones contra Portillo también lo vinculan a dos casos de secuestro ocurridos en marzo y abril del año pasado, además de ser sospechoso de participar en violaciones.
Sin embargo, el subdirector policial no detalló sobre éstos porque asegura que aún se mantienen en investigación.

La policía también está tras la pista de al menos cinco personas más que lo acompañaban en los robos a las casas bajo engaños.

Portillo fue capturado por orden el Juzgado Segundo de Instrucción de Santa Tecla el 22 de julio en el cantón Sinaí, del departamento de Santa Ana. Se le ha decomisado un auto modelo Pick up, Tacoma, azul, con el que se supone, merodeaban las casas antes de atacarlas y en el que trasladaban los objetos robados.
También se le han decomisado documentos falsificados y teléfonos celulares.

**Recomendación en casas**

Los ladrones se hacen pasar por mecánicos, electricistas, pastores o vendedores
- No abra la puerta de inmediato a desconocidos.
- Verifique la identidad y certificación de las personas que lleguen a trabajar a su casa, como mecánicos, electricistas, arquitectos o de otras ocupaciones.
- Verifique a las personas que circulan por la zona antes de abrir el portón o su cochera.

**Policía insta a denunciar**

El Director de la Policía Nacional Civil, Rodrigo Ávila, instó a la población para que denuncien a Juan Bautista Portillo, alias Zombie, a través del recién inaugurado Centro de Atención Ciudadana.

Este local policial tendrá la capacidad de atender desde casos simples como los robos de electrodomésticos hasta corrupción de miembros de la policía y ataques del Crimen Organizado.

El centro, que está localizado en la Alameda Roosevelt y 41a. Avenida Norte. Además brindará ayuda psicológica y legal, las 24 horas.
Ávila dijo que se pretende para lo que resta del año, abrir otros locales en Soyapango, Apopa y Santa Tecla.

Dado que no es una delegación policial, Ávila afirma que la gente tendrá más confianza para
acercarse y denunciar, no importa si el delito es menor o mayor.
También habrá un fiscal."Las personas pueden sentirse seguras", sostuvo el jefe policial.

∧ subir

BUSCAR   elsalvador.com ⊙   WWW ○ [＿＿＿]   ⓘ   Google   **elsalvador**.com

© El Diario de Hoy 2006 - Aviso Legal

July 29, 2006

TRANSLATION

Zombie adds more burglaries

Assaults. The gang is being tried for breaking into the house of the Minister of Education a year ago. The courts are also trying the individuals for sexual battery in several other cases.

Published on July 29 2006, El Diario de Hoy

[Left side] Photo
Caption: Juan Bautista Portillo already faces a [Illegible] of Santa Tecla, for burglarizing the home of [Illegible] Photo: EDH

Geraldine Varela

El Diario de Hoy

nacional@elsalvador.com

Zombie's gang of burglars has added seven charges of rape and two of sexual battery, according to statements by police authorities and the courts.

The Juzgado Segundo de Instrucción [lit. Court of Second Arraignment] of Santa Tecla has added two charges of robbery to the gang, including one to the home of Darlyn Meza, Minister of Education.

Juan Bautista Portillo, the presumed leader of the group, who was captured a week ago, is being tried in the same process for this deed, which took place in August of 2005.

According to court records, the government official entered the home while her driver waited in the car. The wrongdoers took advantage of this to break in. Once inside, the individuals beat up the driver and locked up the family in a room, while searching rooms and robbing jewelry and money. A little later, they escaped with the booty.

This same group also faces two charges for sexual battery (no rape was consummated), at the same court. These took place in other homes within the same jurisdiction. Police reported that the group committed at least seven rapes.

According to court records, the gang members took advantage of the moment when the victims were returning home in order to gain access and rob them of all their belongings. They also beat up some of the occupants.

The gang also forced those they assaulted to furnish debit cards codes, and while they were being held, some of the burglars would go to bank withdrawl windows and empty their accounts.

With the exception of Portillo, the other three defendants were detained for reckless driving in November of last year. At one point, the authorities, who were already investigating the gang, were able to identify them and start the trial for robbery.

### Doesn't testify out of fear

During the investigation, police approached a witness who explained how "el Zombie" and his gang got together to plan robberies, the kind of weapons they used (9 millimeter, Uzi and M-16, all belonging to "el Zombie"), the type of vehicle they used for transport, and some of the crimes the gang was responsible for, among them, five homicides, including one of a policeman, and eight robberies.

However, when the authorities asked him to testify, the witness refused to do so, arguing that other witnesses had been murdered in the past. The information was verified by different means.

### The participants

Trial records state that all of the home invaders belong to the Mara Salvatrucha
- It is known that the leader belongs to this group and that he recruited his followers from their ranks
- According to court records from the Juzgado Segundo de Instrucción [Court of Second Arraignment] of Santa Tecla, Juan Bautista Portillo was the leader of the gang, together with Luis Alexander Molina (alias) "El Diablito" [Little Devil].
- Also faced with trial for robbery are Omar Humberto Mojica Paices (alias) "El Trooper"; Jimmy Emerson Linares López, and Orlando Maximiliano Flores Hernández.
- Mojica Paices is mentioned in all the cases of robbery by the gang, according to information provided by the court.
- The individuals did not cover their faces, which has made their identification easy.

http://www.elsalvador.com/noticias/2006/07/29/nac14.asp

Zombie acumula saqueos

Ataques. Se procesa a la banda por irrumpir en la casa de la Ministra de Educación hace un año. Las autoridades judiciales enjuician a los sujetos por varios abusos sexuales en otros casos

Publicada 29 de julio de 2006 , El Diario de Hoy

Geraldine Varela
El Diario de Hoy
nacional@elsalvador.com

La banda de saqueadores del Zombie acumula siete cargos de violación y dos de agresión sexual, según dijeron autoridades judiciales y policiacas.



El Juzgado Segundo de Instrucción de Santa Tecla le acumula a la banda cinco cargos de robo, entre ellos uno a la casa de la Ministra de Educación, Darlyn·Meza.

uan Bautista Portillo ya enfrenta un ·
anta Tecla por saquear la casa de
'ia. Foto: EDH

El presunto cabecilla del grupo, Juan Bautista Portillo Bonilla, quien fue capturado hace una semana, es procesado en la misma instancia por este hecho, ocurrido en agosto de 2005.

Según el expediente, la funcionaria entró a la casa mientras su motorista la esperaba en el auto. Esto fue aprovechado por los malhechores para irrumpir. Adentro, los sujetos golpearon al chofer y encerraron con la familia en un cuarto, mientras ellos registraban las habitaciones y robaban joyas y dinero. Poco después, huyeron con el botín.

Pero también este mismo grupo acumula en el mismo tribunal dos cargos de agresión sexual (no se consumó la violación) ocurridos en otras viviendas de la misma jurisdicción.
La policía informó que el grupo cometió al menos siete violaciones.

Según el expediente, los hampones aprovechaban cuando las víctimas regresaban a las viviendas para introducirse en ellas y robar todas las pertenencias, además golpeaban a algunos de sus moradores.

La banda también obligaba a los agredidos a que les proporcionaran la clave de las tarjetas de débito y mientras los mantenían retenidos, algunos de los saqueadores iban a los cajeros y vaciaban las cuentas.

A excepción de Portillo, los otro tres imputados fueron detenidos en noviembre del año pasado por conducción temeraria. En esa ocasión , las autoridades, que ya seguían una investigación contra la banda, lograron identificarlos e iniciaron el proceso judicial por robo.

**No atestigua por temor**

Las investigaciones llevaron a la policía hasta un testigo que reveló cómo "el Zombie" y su banda se reunían para planificar los robos, el tipo de armas que utilizaban (9 milímetros, Uzi y M-16, todas propiedad del "Zombie"), el vehículo que usaban para transportarse y algunos delitos de los que la banda era responsable, entre ellos, cinco homicidios, inclusive el de un policía, y ocho robos.

Sin embargo, cuando las autoridades le pidieron que declarara, el testigo se negó argumentado que en el pasado otros testigos habían sido asesinados. La información se verificó por otros medios.

**Los Integrantes**

Según el proceso judicial, todos los asaltacasas pertenecen a la Mara Salvatrucha
- Se sabe que el cabecilla pertenece a este grupo y reclutaba de sus filas a sus secuaces.
- Según el expediente en el Juzgado Segundo de Instrucción de Santa Tecla, Juan Bautista Portillo lideraba la banda junto a Luis Alexander Molina (a) "El Diablito.
- También enfrentan un proceso por robo Omar Humberto Mojica Paíces (a) "El Trooper"; Jimmy Emerson Linares López, y Orlando Maximiliano Flores Hernández.
- Mojica Paíces es mencionado en todos los casos de robo de la banda que ventila el tribunal.
- Los sujetos no se cubrían los rostros, por lo cual ha sido fácil identificarlos.

http://www.elsalvador.com/noticias/2006/07/29/nacional/nac14.asp

June 19, 2008

TRANSLATION     .

[Left side – photo]

**Home robber will cooperate with the USA.**

Zombie has information regarding several homicides

Juan Bautista Portillo was captured on July 2006. PHOTO EDH/ARCHIVES
EL DIARIO DE HOY

THURSDAY, JUNE 19, 2008

The reason why the General Prosecutor's Office of the Republic, FGR, gave special privileges to the supposed leader of a gang of home robbers, was due to the fact that he will cooperate in several cases of homicide which took place in the United States, according to sources with knowledge of the case.

On June 16, the accused, Juan Bautista Portillo Bonilla, known in the underworld as El Zombie, was sworn in at a special hearing as a witness with special privileges (expert witness).

When he was questioned a few days ago, the Chief Prosecutor of the Unit against Organized Crime, Rodolfo Delgado, did not want to give additional details regarding the privileges being offered to a highly ranked leader of the Mara Salvatrucha, stating that Portillo would provide information about more important cases.

The data provided by El Zombie is still being evaluated, added the source.

Portillo Bonilla has been charged in four cases of home robberies, among them, one against Darlyn Meza, the Minister of Education. Within the next six months, there will be another special hearing to determine El Zombie's situation in these cases.

At this moment the gang member has not been sentenced at all.

# Asaltacasas colaborará con EE.UU.

» El Zombie tiene información de varios homicidios



Juan Bautista Portillo fue capturado en julio de 2006. FOTO EDH / ARCHIVO
**EL DIARIO DE HOY**

JUEVES, 19 DE JUNIO DE 2008

La razón por la cual la Fiscalía General de la República, FGR, dio beneficios penales al considerado cabecilla de una banda de asaltacasas es porque colaborará en varios casos de homicidio perpetrados en Estados Unidos, corroboró una fuente cercana al proceso.

Hasta el 16 de junio pasado, el entonces imputado Juan Bautista Portillo Bonilla, conocido en el mundo del hampa como El Zombie, fue ratificado en una audiencia especial como testigo con beneficios penales (testigo criteriado).

Al respecto, el jefe fiscal de la Unidad contra el Crimen Organizado, Rodolfo Delgado, tras ser cuestionado, días atrás, del por qué se le brindaba este beneficio a un cabecilla de alto rango de la Mara Salvatrucha no quiso entrar en más detalles, aduciendo que eran casos más importantes por los cuales Portillo brindaría información.

Los datos que proporcione El Zombie aún están siendo evaluados, agregó la fuente.

Son cuatro los casos de asaltos a casas que se le imputan a Portillo Bonilla, entre ellos, uno contra la ministra de Educación, Darlyn Meza. En seis meses, se realizará otra audiencia especial en la que se determinará la situación de El Zombie en dichos procesos.

Al momento, el pandillero no tiene condena alguna.

http://www.elsalvador.com/mwedh/nota/nota_completa.asp?idCat=6358&idArt=2513936

April 26, 2010

TRANSLATION

Criminals pretended to be policemen and prosecutors. Home invasions were led by MS gang leader "El Zombie"

Prosecutors and Police stated that he is being investigated in relation to 25 robberies

[Photo] Caption: Ruben antonio granillo and Henry Alexander Monterrosa Granillo, accused of robbing houses.

**David Marroquín**

Monday, April 26, 2010

The gang responsible for home invasions whose members dressed up as policemen and wore official clothing, is led by the leader of the mara Salvatrucha (MS), Juan Bautista Portillo Bonilla (alias) El Zombie, who escaped from the small cells of Mexican Police in April of 2009.

Portillo Bonilla was detained for the first time in March of 2007 for his involvement, together with other members of the MS, in at least 20 assaults to homes in the northern area of La Libertad and San Salvador.

The chief of the anti crime unit of the Prosecution, Rodolfo Delgado, stated that this gang member returned to reorganize his home invasion gang, after his escape from the small police cell where he had been detained awaiting possible special privileges in exchange for testifying against other leaders of the MS.

"We discovered that this person was lying regarding the facts in his confession. He was contradicting himself, and we were considering whether he should return to the detention center", Delgado said.

He said that El zombie had offered to testify that gang members Saúl Antonio Turcios Ángel (alias) El trece; Raúl Adalberto Díaz, and Borromeo Henríquez, were responsible for several homicides.

Prosecutor Delgado stated that during this new investigation, Portillo Bonilla will be accused of 4 assaults to homes which were reported this year in the residential areas of Santa Tecla, Antiguo Cuscatlán and San Salvador. He is also being investigated in another 21 robberies.

He also stated that El zombie will face charges for two kidnappings which took place in 2009, and others that took place this year, in Sonsonate and San Salvador.

Last weekend, the Division of Criminal Investigation (DIC) arrested three supposed members of the MS, identified as Santiago Escobar Aguilar, Luis Orlando García Ramírez, and Oscar Enrique Cruz Martínez, for being accomplices of El Zombie. There are others who remain fugitives, who are involved as well.

Victims identify individual accused of robberies

Robberies. There are seven new reports against the defendant after his photo was published in El Diario de Hoy. He is also being investigated in relation to two kidnappings.

Delincuentes se hacían pasar como policías y fiscales Asaltos a casas dirigidos por cabecilla de la MS "El Zombie"

» La Fiscalía y la Policía informaron que se le investiga por 25 robos



Rubén antonio granillo y Henry Alexander Monterrosa Granillo, acusados de asaltar casas.

**David Marroquín**

Lunes, 26 de Abril de 2010

La banda de asaltacasas que actuaban vestidos como policías y en trajes formales es dirigida por el cabecilla de la mara Salvatrucha (MS), Juan Bautista Portillo Bonilla (a) El Zombie, quien se fugó en abril de 2009 de las bartolinas de la Policía de Mejicanos.

Portillo Bonilla fue detenido la primera vez en marzo de 2007, por estar involucrado junto a otros miembros de la MS, en al menos 20 asaltos a viviendas en la zona norte de La Libertad y San Salvador.

El jefe de la unidad anticrimen de la Fiscalía, Rodolfo Delgado, sostuvo que el pandillero volvió a reorganizar su banda de asalta casas, tras su fuga de las bartolinas policiales donde estaba recluido en espera de que si le daban o no beneficios penales a cambio de testificar en contra de otros cabecillas de la MS.

"Descubrimos que esta persona estaba mintiendo en los hechos que había confesado, nos arrojaba una serie de contradicciones y se estaba en tomar la decisión de que tenía que volver al centro penal", dijo Delgado.

Sostuvo que El Zombie se había ofrecido para testificar en contra de los pandilleros Saúl Antonio Turcios Ángel (a) El trece; Raúl Adalberto Díaz, y Borromeo Henríquez, como responsables de varios homicidios.

El fiscal Delgado sostuvo que en esta nueva investigación, Portillo Bonilla será acusado de cuatro asaltos a casas registrados este año en residenciales de Santa Tecla, Antiguo Cuscatlán y San Salvador. Además es investigado por otros 21 robos.

Reveló además que El zombie enfrentará cargos por dos secuestros ocurridos en 2009 y otros este año, en Sonsonate y San Salvador.

Como cómplices de El Zombie, la División de Investigación Criminal (DIC) arrestó el fin de semana pasado tres supuestos miembros de la MS identificados como Santiago Escobar Aguilar, Luis Orlando García Ramírez y Óscar Enrique Cruz Martínez. Hay otros dos implicados que se encuentran prófugos.

http://www.elsalvador.com/mwedh/nota/popVersionPrint.asp?idart=4735124

Víctimas reconocen a acusado de saqueos

Robos. Hay siete nuevas denuncias contra el imputado tras la publicación de su foto en El Diario de Hoy. Además se le investiga por dos secuestros

# May 9, 2010

## TRANSLATION

EL MUNDO

Maras control house robberies

05. 09. 2010

[Photograph]

Authorities are concerned because of a series of house robberies committed by gangs founded by a marero nicknamed "zombie". In order to commit their crimes, they pretend to be priests, postmen, and even prosecutors.

Editorial (First of three in a series)
El Mundo Newspaper

He is a smart man. He has received the best training from the mara salvatrucha. He has the ability to change his appearance faster than imaginable. Today he can show up as an Evangelical preacher. Tomorrow, he can show up as a well-mannered man who shows no signs of violence. His name is Juan Bautista Portillo Bonilla. His buddies from mara salvatrucha call him "El Zombie" [The Zombie], perhaps because he sleeps very little or perhaps because he has the ability to show up when least expected.

In 2005, police investigators began to hear about him with more frequently. Particularly since they started gathering information that tied him to a series of house robberies.

At first, it was believed that he was responsible for robbing about seven houses. One of them is the property of an ex high-ranked official [female]. The number grew with time, and so did the details of how he does it, since he counts with the assistance of at least three other gang members at each robbery.

At the beginning, the police thought that Portillo Bonilla was one of those inexperienced mareros whose movements were registered due to his lack of experience.

The authorities always thought his denunciations [lit.] would lead to his fall. But they were wrong.

The trouble is that as time went on, new victims of "zombie" began to appear in the wealthiest residential areas of the country. Worse than that, the victims were violated [poss. raped] and abused. Then they would clean up the house and take everything in sight.

During the first inventories conducted by the police, it was determined that what they wanted from the victims most of all was jewelry and money.

Something else happened later: at the beginning, the reports of robberies were recorded by different units in each of the police agencies. But as the investigation progressed, similar characteristics and behaviors appeared, and the investigation was transferred to the specialized department within the General Prosecutor's office of the Republic, and to the National Civilian Police.

The investigators also realized that they were dealing with an amount of information which showed that this was something big, and they could take no chances.

That was how, with the help of informants and after gathering of all kinds of evidence, Portillo Bonilla emerged as the leader of a gang dedicated to robbing homes.

After several operations and runarounds, Portillo was detained on July 22, 2006.

The brain

"El Zombie" was arrested as the brain of the operation, and a month later, exactly on August 23, four of his followers, identified as Juan Carlos Munguia, Erick Ernesto Navarrete, Gilbert Alexander Portillo, and Miguel Antonio Gonzalez were detained, after a police pursuit in which an agent and one of the robbers were injured, in a home in colonia Jardines de Cuscatlán, Ciudad Merliot [partially illegible]. The method employed by the house robbers was nothing new: they operated in middle class or wealthy neighborhoods. They would watch the residences of their victims for days and countless hours.

When they believed they were ready, they broke into the home, subdued the occupants, and then they seized electric appliances, jewelery, money and firearms. But occasionally they surrendered to the temptation to violate victims and abuse them in every way.

Juan Bautista Portillo Bonilla is believed to have committed at least twenty armed robberies of homes, and a string of incidents ranging from sexual battery, to rape, homicide, and even kidnapping.

"El Zombie" grew up in the shadow of experienced leaders of Mara Salvatrucha who trained him while still detained in the maximum security prison of Zacatecoluca, department of La Paz.

Once trained, and once he was believed to be ready to lead criminal activity, he began to increase the number of robberies and develop his own plans, which included surveilling and following his victims.

It is now known that the criminal was also trained in recruiting techniques, since the type of operations he executed were not activities he could have carried out by himself.

That was how "zombie", in exchange for money and while applying the rules of the gang, started recruiting other gang members in order to rob homes in populated colonies, such as Santa Elena, San Francisco, San Benito, Lomas de San Francisco, and others of Antiguo Cuscatlán in rural areas of the country.

The leaders of MS detained at "Zacatraz" had told "El Zombie" to infiltrate cliques and convince the "soldiers", which is how common gang members are known, to take part in this new profitable business with which a lot of money could be made.

Portillo Bonilla, who in the first years within the organization was a shy gang member, became a dangerous cold-blooded and calculating criminal, who was able to attract to his gang, any marero he wanted to.

The other mareros couldn't possibly reject the criminal offer he presented them, since financially they would do very well once they abandoned thefts and extortions in favor of robbing wealthy homes.

When "sombie" [sic.] realized that the Prosecution had taken the first cases against him to trial, he supposedly looked for help among his buddies in Guatemala.

That was when he decided to go to Guatemala, where he had become friendly with people who robbed houses.

"El Zombie" spent several months hidden in Guatemala, waiting for the scandal related to the robberies he had committed to die down, and in order to elude authorities in both countries, he changed his name. His name was no longer Juan Bautista Portillo Bonilla, it became Christopher Wilfredo Soriano.

Since he was not ready to leave behind the "goldmine" available within the wealthy residential areas of our country, and with the objective of changing his criminal strategy once he arrived back in Salvador, he contrived a way to return to his criminal action opting for a rather wild strategy. He then studied to become an Evangelical preacher in Guatemala.

Return to the country

Once he had acquired the necessary knowledge in that field, he decided to return to this country and he even changed the way he dressed.

Anyone who saw him fell into the trap and became evangelized. No one could imagine that this meek shepherd harbored within him a perverted impulse to injure others and that his biblical message would result in violent acts.

"El Zombie" was able to trick and later subdue several families, while posing as an Evangelical preacher. This allowed his other associates in home robberies to enter the residences and take everything they found in their way.

The authorities became aware that for a while he had gone to the United States. It is now suspected that this trip was not in vain, since that was how he became acquainted with new criminal methods.

Victims have explained that some members of the family or their maids had gone outside to answer the doorbell because there was a postman at the entrance who was supposedly delivering mail. But that was the ruse. The one who was knocking at the door was always one of the robbers who was wearing that costume in order to break into the residence and take everything, together with other associates who waited nearby.

In other cases they pretended to be police officers, they dressed accordingly, and everyone ended up opening the door of their houses to them. There were even cases when they stated that they were deputy officers for the General Prosecutor's office of the Republic.

By employing all these methods, they have been able to commit many home robberies.

The problem is that what started as a simple gang, later multiplied into more groups. "Zombie" has become the leader of three organizations with operation headquarters in different parts of the country.

"Zombie" and his people have been committing criminal acts everywhere. They have carried out deeds in San Miguel, Santa Ana, Sonsonate, La Libertad and San Salvador.

The last known organization which was partially destroyed at the end of April of this year, was the gang "Los Catrines" [possibly The Dandies]. Three of its members have been detained, but not Portillo Bonilla and Henry Alexander Monterrosa Granillo, who have been implicated by witnesses in five of the robberies.

The Special Arraignment Court in San Salvador ordered Santiago Escobar Aguilar, Luis Orlando García Ramírez and Oscar Enrique Cruz Martínez to be arraigned for these cases, and also issued new arrest warrants for the two main leaders who are fugitives.

Agents of the Department of Criminal Investigation have been investigating members of the Mara Salvatrucha regarding five reports filed at headquarters. In all of the instances, the victims provided the same characteristics.

Based on the statementes provided by the victims when they filed their reports, the authorities have stated that the gang has been using high caliber weapons, such as M-16 rifles and even AK-47 rifles, to commit the robberies.



Tu Diario Libre y Objetivo                                                    10.05.2010

Portada ▶ Nacionales ▶ Maras controlan asaltos a casas

**Menú Principal**

Portada

Enfoco ( Página 2 )

Nacionales

Política

Internacionales

Economía

Mundo Empresarial

Opinión y Editoriales

Deportes

Espectáculos

Suplementos

Edictos

Búsqueda de Contenidos
Nuestra Empresa

Revistas y Publicaciones

Línea de Impresos

Publicidad

Newsletter

Sobre Nosotros

Contáctenos

Teléfonos y Fax

Suscríbase



**Maras controlan asaltos a casas**
09.05.2010



Una serie de bandas de asaltacasas fundadas por un marero a quien apodan el "zombie", mantienen preocupadas a las autoridades. Se hacen pasar por pastores, carteros y hasta fiscales para cometer sus fechorías.

Redacción (Primera de tres entregas)
Diario El Mundo

Es un hombre listo. Está adiestrado en las peores prácticas de la mara salvatrucha. Tiene la habilidad de cambiar su figura en menos de lo que cualquiera piensa. Hoy puede aparecerle como un pastor evangélico. Mañana aparece como un hombre de buenos modales y nada violento. Se llama Juan Bautista Portillo Bonilla. Sus compañeros de la mara salvatrucha le llaman "El Zombie", quizá porque duerme poco o porque también tiene la habilidad personal de aparecerse cuando menos se espera.

Los investigadores policiales comenzaron a saber de él, con más frecuencia que nunca, en el 2005. Sobre todo porque comenzaron a recaudar informaciones que lo vinculaban con una serie de asaltos a casas.

Primero se decía que era el responsable del pillaje de unas siete casas. Una de ellas es propiedad de una alta ex funcionaria. El número creció con el tiempo y los detalles sobre cómo lo hace también porque es ayudado, en cada golpe, por al menos tres pandilleros más.

Los policías en un principio pensaron que Portillo Bonilla era uno de esos mareros inexpertos que, por su novatez, sus movimientos habían quedado registrados.

Las autoridades siempre pensaron que sus delaciones lo harían caer muy pronto. Pero, se equivocaron.

El problema es que, con el paso del tiempo, en zonas residenciales exclusivas del país comenzaron a registrarse nuevas víctimas de el "zombie". Lo peor es que a los atracos se sumaban violaciones de víctimas y vejaciones. Luego limpiaban las casas y se llevaban todo lo que se encontraran sus ojos.

Durante los primeros inventarios policiales se determinó que las joyas y el dinero era lo que más requerían de sus víctimas.

Luego ocurrió algo más: al principio, los reportes de los robos eran retomados por las diferentes unidades en cada una de las delegaciones policiales. Pero, conforme se profundizaron las investigaciones, y comenzaron a encontrarse modalidades y conductas similares, las pesquisas fueron trasladadas a divisiones especializadas de la Fiscalía General de la República y la Policía Nacional Civil.

Además, los niveles de información que comenzaron a recibir los investigadores les notificaban que estaban frente a algo grande con lo que no se podía jugar.

Fue así que, basados en informantes, en la recopilación de toda suerte de pruebas, surgió la figura de Portillo Bonilla como el cabecilla de una banda que se dedicaba a asaltar viviendas.

Después de muchas acciones y recorrer toda suerte de recovecos, Portillo fue detenido el 22 de julio del 2006.

El cerebro

"El Zombie" fue arrestado como el cerebro de la estructura y un mes después,

**Mundo Virtual**

**Maras detrás de los asaltos a viviendas**



TSE


TRIBUNAL SUPREMO ELECTORAL


Copa Airlines
c o p a a i r . c o m

Viajes

El Migueleño

**Comuna sin fondos para sus proyectos**



LA ENTREVISTA

FOMILENIO


Caricatura

Ofertas Hiper Paiz



ENTREVISTA EL MUNDO

Noticias de El Salvador - Si no lees El Mundo no estas verdaderamente informado Page 32 of 58 Page 2 of 3
Case 2:09-cv-01600 Document 33-23 Filed 08/04/11 Page 32 of 58 Page ID #:10900
#:10900










específicamente el 23 de agosto, cuatro de sus secuaces identificados como Juan Carlos Munguía, Erick Ernesto Navarrete, Gilbert Alexander Portillo y Miguel Antonio González son detenidos tras una persecución policial en la colonia Jardines de Cuscatlán, en Ciudad Merliot. El método que aplicaban los asalta casas no mostraba grandes sobresaltos: se movilizaban por barrios de clase media o altos. Por días y horas vigilaban las residencias de su interés.

Cuando estimaban que estaban listos, irrumpían en las viviendas, luego sometían a los moradores y después se llevaban electrodomésticos, joyas, dinero y armas de fuego. Pero, en ocasiones no abandonaban las tentaciones de violar víctimas o ejecutar todo tipo de vejaciones.

A Juan Bautista Portillo Bonilla se le atribuyen al menos veinte atracos en vivienda a mano armada y una cadena de hechos que van desde agresiones sexuales, violaciones, homicidios y hasta secuestros.

"El Zombie" creció bajo la sombra de experimentados jefes de la Mara Salvatrucha quienes lo adiestraron, aún estando recluidos en el penal de máxima seguridad de Zacatecoluca, departamento de La Paz.

Una vez entrenado y cuando se estimó que estaba listo para dirigir las acciones delictivas, comenzó a intensificar los atracos y a crear sus propios planes que iban desde las labores de vigilancia y seguimiento de sus víctimas.

Ahora se sabe que el delincuente, incluso, fue adiestrado en técnicas de reclutamiento ya que por el tipo de hechos en el que había incursionado, por sí solo no podía realizar todas las actividades.

Fue así como, a cambio de dinero y bajo la aplicación de las reglas de las pandillas, el "zombie" comenzó a reclutar a otros pandilleros para saquear viviendas en populosas colonias como Santa Elena, San Francisco, San Benito, Lomas de San Francisco y otras de Antiguo Cuscatlán y del interior del país.

Los cabecillas de la MS recluidos en "Zacatraz" le habían dicho a "El Zombie" que entrara en las clicas y convenciera a los "soldados", como le llaman al pandillero común y corriente, para que los convenciera de incorporarse al nuevo negocio el cual era muy rentable ya que se ganaba muchísimo dinero.

Portillo Bonilla, que pasó de ser un pandillero tímido en sus primeros años en la agrupación criminal a un peligroso criminal con sangre fría y muy calculador, tuvo la capacidad de incorporar a su banda a todo aquel marero que él se proponía.

Con el ofrecimiento que les hacía era casi imposible que los demás mareros rechazaran la oferta delictiva ya que económicamente les iba muy bien al dejar sus actividades de extorsiones y hurtos por los atracos en viviendas exclusivas.

Cuando el "zombie" se dio cuenta que la Fiscalía había judicializado los primeros casos en su contra, supuestamente buscó ayuda de sus compinches en Guatemala.

Fue entonces cuando decidió irse por algún tiempo a ese país donde conocía y había trabajado amistad con asalta casas de Guatemala.

Por varios meses y mientras pasaba el escándalo por los robos que había cometido, "El Zombie" pasó escondido en Guatemala y para eludir a las autoridades de ambos países se cambió el nombre. Ya no se llamaba Juan Bautista Portillo Bonilla, sino Christopher Wilfredo Soriano.

En aras de cambiar su estrategia de delinquir a su regreso a El Salvador, porque no estaba dispuesto a dejar la "mina de oro" encontrada en las exclusivas zonas residenciales de nuestro país, se las ingenió para retomar su camino delictivo y optó por una estrategia bastante descabellada. Entonces se preparó como pastor evangélico en Guatemala.

**Regreso al país**

Al tener los conocimientos necesarios en esa materia decidió regresar al país y hasta cambió su forma de vestir.

Cuando se le miraba, cualquier persona caía en la trampa y se dejaba evangelizar. Nadie podía imaginar que, en el fondo, aquel manso pastor tenía perversas intensiones de hacer daño y que cambiaría sus mensajes bíblicos por sus acciones violentas.

"El Zombie", haciéndose pasar como pastor evangélico logró engañar a muchas familias a quienes sometió para luego permitir que sus demás compañeros asaltacasas ingresaran a las residencias y se llevaran todo lo que encontraban de paso.

Las autoridades detectaron que por un tiempo también se fue hacia Estados Unidos. Ahora se sospecha que ese viaje no fue en vano ya que adquirió otras modalidades delictivas.

Las víctimas en sus denuncias han expresado que algunos miembros de la familia y las domésticas salieron a atender el timbre porque en la entrada había un cartero que supuestamente iba a dejar correspondencia. Pero, ese era el ardid. Siempre resultaba que el que tocaba a la puerta era uno de los asaltantes que se había disfrazado de esa forma para poder irrumpir la vivienda y llevarse todo, con ayuda de otros compañeros que esperaban muy cerca.

En otros casos se hicieron pasar como agentes policiales, vestían similar y cualquier persona les terminaba abriendo la puerta de la casa. Hay casos en los que, incluso ,expresaban ser agentes auxiliares de la Fiscalía General de la República.

Con todas esas modalidades delictivas han logrado cometer muchos saqueos de viviendas .

El problema es que lo que comenzó como una simple banda, luego multiplicó en más


"Los préstamos son una transfusión de sangre"


"Los grandes empresarios no están en ARENA"

Publicidad


Visitantes
Tenemos 12891 visitantes en línea

grupos. El "zombie" ha llegado a ser jefe de tres estructuras organizadas que han tenido su centro de operaciones en diversos puntos del país.

"El Zombie" y su gente está delinquiendo en todas partes. Han cometido hechos en San Miguel, Santa Ana, Sonsonate, La Libertad y San Salvador.

La última estructura que se conoce y que ha sido desbaratada parcialmente a finales de abril de este año, es la banda "Los Catrines". Tres de sus miembros fueron detenidos, no así Portillo Bonilla y Henry Alexander Monterrosa Granillo, incriminados por testigos en cinco robos.

Por estos casos el Juzgado Especializado de Instrucción de San Salvador, ordenó que Santiago Escobar Aguilar, Luis Orlando García Ramírez y Óscar Enrique Cruz Martínez pasaran la fase de instrucción y giró nuevas órdenes de arresto para los dos principales cabecillas prófugos.

A los integrantes de la Mara Salvatrucha, agentes de la División de Investigación Criminal (DIC) los estaba indagando por cinco denuncias que habían interpuesto en sede fiscal. En todos los hechos las víctimas dieron las mismas características.

Con base a las declaraciones que las víctimas han proporcionado, al momento de interponer las denuncias, las autoridades manifiestan que para cometer los robos esta banda está utilizando armas de grueso calibre, como fusiles M-16 y hasta AK-47.

Nuestros Anunciantes

**Porque todo niño es Juguetón!**

Signos Internet 2005

0 queries executed

# May 11, 2010

TRANSLATION OF NEWSPAPER ARTICLE

**[Left side]    10    EL MUNDO** TUESDAY 05/11/2010

**[Center] GREAT SERIES**

[Center] Illustration
[Within illustration top left]: VIOLATION, ROBBERY, FUGITIVE

**"ZOMBIE"**
**He denounced and defied his own gang**

El Mundo Newspaper
Second in a series of three

> **When Juan Bautista Portillo, "Zombie", was detained and accused of robbing 20**
> **houses in wealthy areas, he devised a plan: to denounce the leaders of the mara**
> **salvatrucha, the group he belonged to. When he found out that prosecutors doubted the**
> **trap he had laid for them, he fled. Then the robberies started again.**

In 2006, not too many days after authorities captured Juan Bautista Portillo Bonilla,
and accused him of committing about 20 home robberies, "Zombie" started devising a plan
to avoid going to a detention center for a long period of time.

What he really needed was time to escape, and then go back to commit violent
assaults against his victims, just as he had done for a very long time.

That was when he devised a plan: to present himself as a witness to the General
Prosecutor's Office of the Republic and supposedly be a witness against the leaders of Mara
Salvatrucha, the organization he belongs to, and where for a very long time he was trained to
commit all sort of misdeeds.

After contacting several prosecutors, he told them that he could be an expert witness
in order to give information regarding several [Illegible] homicides committed by the leaders
of that gang.

The offer that "Zombie" made to the prosecutors was tempting. Thirsty for
information and key evidence against de salva trucha, the prosecutors of the Unit to combat
Organized Crimes, easily fell into the trap and assigned credibility to his testimony. The
prosecutors believed that by hooking this fish, they could reach the bigger ones within the
organization and they congratulated themselves, because, finally, someone from the inside
was going to tell them what they wanted to hear.

At any rate, "Zombie" was prepared to play any false role: he went to Guatemala, and
under false pretenses, became an Evangelical preacher. He returned here, not in order to
guide Christians, but rather to find the information that would permit him to rob houses
where great quantities of jewels, money and other very valuable goods were kept.

The testimony of the gangster arrived at a crucial time for the Public Ministry,
because it would allow them to solve a series of crimes that supposedly had been ordered
from inside the maximum security prison in Zacatecoluca, department of La Paz.

"Juan Bautista Portillo Bonilla expressed his desire to testify during investigations carried out by the Elite Division against Organized Crime (DECO), regarding several homicides in which leaders of the MS-13 gang had been involved", Rodolfo Delagado, Chief investigator of organized crime for the Prosecution, reminded El Mundo.

**Within three months, Portillo had reorganized the structure [of the organization] and even diversified it. That was when the assaults started once again.**

**Weapons stolen from wealthy residences of the capital were found in the hands of "Zombie's" partners.**

**"Zombie" is on the loose and now he doesn't just rob houses, but with the aid of minors, is also involved in kidnapping.**

## WEALTH OF DATA

"Zombie's" testimony began by incriminating Borromeo Henríquez, alias "El Diablito de Hollywood" [Hollywood Little Devil], Saúl Antonio Tarcios [partially illegible] Ángel, "El Trece", [Thirteen], Francisco Adalberto Cubías, "El Rata de Iewar" [The Rat of Iewar] [partially illegible], and other main leaders of the gang who were in prison in "Zacatraz".

One of the homicides that Portillo Bonilla attributed to the leaders of the MS was that of Walter Gil Polanco, alias "El Camarón de Parvis" [Shrimp of Parvis], a marero who, apparently, had arrived from the United States in order to assassinate a gang member known as "Smoky".

The latter had come out of anonymity and had achieved fame after appearing in a documentary about gangs, and he belonged to an organization to rehabilitate mara members.

Although Portillo Bonilla seemed to have good data, investigators soon realized that "Zombie" was lying.

When they probed into details, they realized that the information he was giving them was not real, particularly when viewed side by side with other investigations.

When Portillo Bonilla feels he has been exposed, and knows that his whole plan is falling apart, he begins to make the necessary arrangements abroad, in order to flee the small cells of the Mexican Police, where he was being kept under protective custody because he was an expert witness.

## HIS FLIGHT

On April of last year, "Zombie" realized, with the speed of a bird hunting for game, that his story was not holding up to the prosecutors.

That was when he took advantage of the fact that the Mexican Police allowed him quite a bit of freedom, and took the opportunity to escape with the help of some friends.

Several of his friends who had no tatoos arrived at that police station, distracted the policemen, and Portillo Bonilla took advantage of this to escape without risking too much or giving much in return. Once on the street, he returned to what he knew best: he reorganized his group of criminals and home robberies began once again.

One of the ones he looked up was Henry Alexander Monterrosa Granillo, alias "Sapo" [Toad], who took part in several [Illegible], but the prosecutors were not able to prove his case in court because he was under age, and so he was able to escape detention.

When "Zombie" was freed, he developed a plan of robberies for the future. Since 2007, he had been recruiting gang members to rob homes, but he recruited minors. He thought that this way, if they were caught, judges would not impose severe sentences on them because they were minors.

When he escaped from police jail, he also got in touch with Santiago Escobar Aguilar, a taxi driver who appears as a collaborator of the gang members in the investigation. The names of Luis Orlando García Ramírez and Ruben Antonio Granillo Pinto were added to this list, and these three were detained for five home robberies at the end of April.

Together with this group of people, Portillo Bonilla decides to commit crimes again and return to the criminal lifestyle that had brought him great financial wealth in the past.

It took "Zombie" three months to reorganize the structure and prepare the three new members. Henry was already an old acquaintance and expert at robberies.

## BACK ON TRACK

This is how on July of last year they carried out the first hit. Authorities were surprised to find out it was not the robbery of a home, but a kidnapping. It was the return of Portillo Bonilla to the business of kidnapping and it confirmed the hypothesis that before having been captured the first time, he had already committed at least two kidnappings.

After this kidnapping in the Municipality of Santa Tecla, the organization decides to also return to home robberies in Cumbres de escalon, Residencial Monte Verde, Villas del Mar, Bosques de Santa Teresa, Pinares de Suiza, Hacienda Pasatiempo, Bosques de Lourdes, Jacarandas, colonia San Francisco, colonia Santa Ana Norte and Sonsonate. The robbery in this latter city was the second one that they had carried out in less than a year.

Four of the main allies of the "Zombie" gang were detained several times for minor offenses, and they were always set free. The last incident in which they were involved, before they were captured April 30 by order of the Special Court of San Salvador, had been on December 9 of last year.

On that date, agents of the 911 Emergency System arrested them on Gabriela Mistral Street for illegal assembly, holding, carrying, or transporting illegal firearms, and they were tried at Peace Courthouse No.4 in San Salvador.

According to the investigation, the firearms found by the police had been reported stolen from homes in Cumbres de Cuscatlán and Residencial Santa Teresa.

Santiago Escobar Aguilar, the taxi driver, was given a final dismissal, but Henry Alexander Monterrosa Granillo, his cousin Ruben Antonio Granillo Pinto, and Luis Orlando García Ramírez were taken under advisement to Courthouse 4 for arraignment.

According to the open hearing in this courtroom, when police officers were patroling 25 Avenida Norte, they heard over the radio that inside the Asambleas de Dios church, located on Alameda Juan Pablo II and 39 Avenida Norte, there had been a robbery carried out by armed men, who had escaped in three vehicles, one of them a taxi.

After hearing this call, the 911 team searched the area and the Los Heroes boulevard. There, they found a taxi with five suspects. They signaled them to stop but they didn't stop until they reached Calle Gabriela Mistral. When they were searched, each one of them

carried a pistol, cash, and cellular telephones. For this reason they were taken to court, where they were set free under advisement. In spite of this break, the defendants continued to commit crimes under the direction of "Zombie".

This weapons case was undertaken by the Life Unit of the San Salvador Prosecutor's Office, but when it was discovered that the seized weapons were part of a robbery case being investigated, the case became again part of the investigation of the Unit against Organized Crime. "The first thing we did when we restarted the investigation, was to unify all the information. We started by analyzing the modus operandi of the participants, and we saw that it was similar to what had been carried out by Juan Bautista Portillo Bonilla in the past. That, together with other inquiries carried out by the investigators, led to the identification of these people, suspected of taking part in at least 20 home robberies and two kidnappings", stated Delgado.

When the leader of the home robbers decided to accuse the main leaders of the gang who were detained, he knew perfectly well that the MS was going to put a price on his head, since he had betrayed their trust and the support he received in order to carry out a series of criminal acts.

What angered the leaders of that group the most, was that he would accuse them of homicides that were never ordered from inside the prison of Zacatecoluca.

But "Zombie" showed them that he didn't need them anymore in order to commit crimes, because he always finds partners who will follow him, and who are willing to go along with his misdeeds.

Case 2:09-cr-00466-DSF Document 53723 Filed 06/14/2010 Page 44 of 49 Page ID #:10907

# "ZOMBIE"
## Delató y desafió a su propia mara

**Diario El Mundo**
Segunda de tres entregas

No habían pasado muchos días desde que las autoridades capturaran a Juan Bautista Portillo Bonilla, en el 2006, y lo acusaran de robar en 20 casas cuando el "Zombie" comenzó a diseñar un plan para evitar ir a un centro penal por una larga temporada.

Lo que, en realidad, necesitaba, era tiempo para fugarse y regresar a cometer asaltos en contra de otros vecinos, como lo hizo durante mucho tiempo.

Fue entonces que se le ocurrió un plan: ofrecerse como testigo a la Fiscalía General de la República y declarar, supuestamente,

Cuando a Juan Bautista Portillo, el "Zombie", lo detuvieron y acusaron de robar en 20 casas de zonas exclusivas, éste se ideó un plan: delatar a jefes de la mara salvatrucha, grupo al que pertenecía. Cuando se enteró que los fiscales dudaban de la trampa que les tendió, se fugó. Entonces regresaron los asaltos.

contra algunos de los jefes de la Mara salvatrucha, organización a la que pertenecía y donde, por mucho tiempo, fue entrenado para cometer toda suerte de fechorías.

Después de tener contacto con varios fiscales, les dijo que podía convertirse en un testigo calificado para delatar varios asesinatos cometidos por los jefes de esa mara.

El platillo que el "Zombie" le puso a los fiscales era tentador. Pero eso es que fiscales de la Unidad contra el Crimen Organizado, sedientos de información y de pruebas claves contra los jefes de la salvatrucha cayeron, fácilmente, en la celada y le dieron credibilidad a su testimonio. Los fiscales estimaron que, mediante el uso de esa pax, podían llegar a los más grandes de la estructura y hasta celebraron que, por fin, alguien desde adentro les dijera lo que deseaban escuchar.

De todas maneras, el "Zombie" estaba preparado para ejecutar cualquier falso papel: se fue a Guatemala y, falsamente, se transformó en pastor evangélico. Regresó aquí no para ejercer cristianismo sino para conseguir información que le permitiera asaltar residencias enteras en donde halló joyas, dinero y otros bienes de mucho valor.

Para los agentes auxiliares del Ministerio Público las declaraciones del mareado eran en un momento clave porque les permitiría resolver una serie de crímenes que supuestamente se habían ordenado desde el centro penal de máxima seguridad de Zacatecoluca, departamento de La Paz.

"Juan Bautista Portillo no está expresando deseo de declarar en investigaciones que se guían la División Élite contra el Crimen Organizado (DECO) por diversos homicidios en los cuales se estaría involucrando a cabecillas de la pandilla MS-13", aseguró al Mundo Rodolfo Delgado, jefe del Investigando de crimen organizado de la Fiscalía.

Case 2:09-cr-00466-DSF Document 537-23 Filed 06/04/2010 Page 42 of 49 Page ID #:10908



## BORRACHERA DE DATOS

El "Zombie" comenzó a incriminar con su testimonio a Borromeo Henríquez, alias "El Diablito de Hollywood", Santi Antonio Torales Ángel, "El Tooco", Francisco Gilberto Cubías, "El más alta Iowa" y otros principales mandos de la pandilla que guardaban prisión en "Zacatras".

Uno de los homicidios que Portillo Bonilla atribuía a los jefes de la MS era el de Walter Gil Palman, alias "El Camarón de Parvle" un narcero que, aparentemente, había llegado desde Estados Unidos para así girar a un pandillero conocido como "El Smoky".

Este último había salido del anonimato para cobrar fama tras aparecer en un documental sobre pandillas y que formaba parte de una organización de rehabilitación para integrantes de mara.

A pesar de que Portillo Bonilla parecía enojarse con los datos, los investigadores pronto descubrieron cuenta que el "Zombie" mentía.

Cuando entraron en los detalles, se dieron cuenta que la información que les proporcionaban no era real, sobre todo al acontrastarla con otros investigadores.

Cuando Portillo Bonilla se siente descubierto y sabe que todo su plan ha sido desbaratado, comienza a realizar las coordinaciones necesarias con el exterior para fugarse de las barrotas de la Policía de Mejicanos donde estaba bajo régimen de protección ya que era testigo criteriado.

### SE FUGÓ

Con la rapidez de una ave de caza, el "Zombie" se dio cuenta, en abril del año pasado, que se cuenta se saía ante los fiscales.

Fue entonces que aprovechó que los fiscales lo invitaron a la Policía de Mejicanos con bastante libertad, que aprovechó para fugarse con la ayuda de algunos amigos.

## Portillo reorganizó en tres meses su estructura y hasta la diversificó. Fue entonces cuando empezaron, de nuevo, los asaltos ""

zar su estructura y propar a los tres nuevos miembros, ya que Henry era un viejo conocido y experto en atracos.

### VUELTO AL CAMINO

Fue así que, en julio del año pasado ejecutan el primer hecho. Para sorpresa de las autoridades no fue un asalto en vivienda, sino un plagio. Era el regreso de Portillo Bonilla en la industria del secuestro y que venía a confirmar la hipótesis de que antes de ser detenido por primera vez, ya había cometido al menos dos secuestros.

Luego de una plagio en el municipio de Santa Tecla, la estructura opta por retornar también a los atracos en viviendas en Cumbres de la Escalón, Residencial Monte Verde, Villas del Mar, Bosques de Santa Teresa, Finares de Sufux, Hacienda Pasatiempo, Bosques de Lourdes, Jacaranda, colonia San Francisco, colonia Santa Ana Norte y Sensunapán. Era esta última cuidad se trató del segundo secuestro que habían ejecutado en menos de un año.

De la banda del "Zombie" en varias oportunidades entre de sus principales allanaban y eran detenidos por delitos menores y siempre recobraran su libertad. El último antecedente que se registró de ellos antes de quedar detenidos al pasado 30 de abril por orden del Juzgado Especializado de San Salvador, fue el 8 de diciembre del año pasado.

En esa fecha agentes del Sistema de Emergencia 911 en un retorno en la Calle Gabriela Mistral por agua pedían a ilícitas, teniendo, por tanto conocimiento ilegal de armas de fuego, fueron procesados en el Juzgado 4° de Paz de San Salvador.

Según las pesquisas, las armas de fuego que los policías les hallaron había sido reportadas como robadas en unas viviendas asaltadas en Cumbres de Cuscatlán y en la Residencial Santa Teresa.

Al iniciarse Santiago Escobar Aguilar le decretarán sobreseimiento definitivo, pero a Henry Alexander Monterrosa Granillo, su primo Rubén Antonio Granillo Plato y Luis Orlando García Ramírez, plantean con instrucción con medidas al Juzgado 4° de Instrucción.

Consta en el proceso abierto en este tribunal que cuando los agentes policiales

## El "Zombie" anda suelto y ahora no sólo roba casas sino también secuestra ayudado por menores de edad ""

## A los socios del "Zombie" les encontraron armas robadas en residencias exclusivas de la capital ""

realizaban un patrullaje en la 25ª Avenida Norte, escucharon por el radio que en el interior de la Iglesia Asambleas de Dios ubicada sobre la Alameda Juan Pablo II y 39ª Avenida Norte, se había efectuado un robo por un grupo de hombres armados y que había huido en tres vehículos, entre ellos un taxi.

Con esa alarma el equipo del 911 hizo un rastreo en el sector y en el de llevar Los Héroes. Ahí ubicaron un taxi en el que viajaban cinco sospechosos. Les hicieron señal de alto, pero no se detuvieron.

Fue hasta en Calle Gabriela Mistral que pararon la marcha y registraron cada uno portaba una pistola, dinero en efectivo y teléfonos celulares, por cuestecdo fueron a los tribunales donde recuperaron su libertad con medidas. Aun estando con ese beneficio, los imputados siguieron delinquiendo bajo el mando del "Zombie".

Este caso de las armas lo diligenció la Unidad de Vida de la Fiscalía de San Salvador, pero cuando se descubre que las armas incautadas aparecían en un caso de robo en vías de investigación, se retoma desde la Unidad contra el Crimen Organizado.

"Cuando retornamos la investigación lo primero que se hizo fue identificar toda la información, se empezó por analizar el modus operandi de estas acciones y empezamos a ver que de verdad que se pudo con similar al pandillero, pues cuando Juan Bautista Portillo Bonilla en el pasado. Eso, más las diferentes pesquisas que realizaron los investigadores, permitieron identificar que de estas personas son sospechosas la participación en por lo menos 7 robos de vivienda y dos secuestros", comentó Delgado.

El jefe de las mejicanas cuando decidió acusar a los principales líderes de pandilla presos, sabía perfectamente que en la MS iban a pretender precisa su cabeza, ya que había relacionado la confianza que le tiene y el apoyo que recibió para ejecutar una serie de hechos delictivos.

Lo que más destacó la furia de los líderes de esa agrupación fue que les atribuyera homicidios que jamás se ordenaron desde el interior del penal de Zacatecaluca.

Pero el "Zombie" les demostró que no necesitaba más de ellos para delinquir porque siempre encuentra a socios que lo sigan y que están dispuestos a acompañar sus fechorías.

A continuación policial llegaron varios amigos suyos, no fue una, de inmediato entretuvieron a los policías y eso lo aprovechó Portillo Bonilla para fugarse sin tardar en que ellos más sus acusadores muchos de los calles, volvió a lo suyo; reorganizó un grupo de delincuentes y los atracos a casas resueltaron.

Una de los primeros a quien buscó fue a Henry Alexander Monterrosa Granillo, alias "Sapo" quién participó en varios atracos, pero por ser menor de edad las fiscales no se lograron que los estaban totales no lo dejaban internamiento.

Cuando logró la libertad, el "Zombie" se diseño un plan de atracos futuristas. De todas maneras, desde el 2007 reclutaba pandilleros para atracar viviendas, pero se llevó consigo a menores de edad. Pensó, pues la que nos cambiaban, que los jóvenes no harían mucho daño con sus condenas tan menores, en el caso de que fueran capturados.

Al escapar de las barrotillas policiales también se conectó con Santiago Escobar Aguilar, un taxista que en las indagaciones aparece como un colaborador de pandilleros. A la lista de sumaron Luis Orlando García Ramírez y Rubén Antonio Granillo Plato, su primo. Con ese grupo de personas, Portillo Bonilla decide volver a delinquir y dedicarse a la actividad delictiva que en el pasado le había permitido tener grandes ingresos económicos.

Al "Zombie" le convió con estas casas reorgani-

May 12, 2010

## TRANSLATION

Great series I lived a nightmare with "Zombie"
12.05.2010

[Illustration]

A woman recounts to El Mundo the way in which "Zombie" invaded her parents' house while she was visiting with her children.

The criminals were violent and took money and even home electronic appliances. They pretended to be policemen and dressed as such. The woman's father was kicked because they found an identification card from the military hospital. They asked him for weapons he had never had in the house.

### Editorial (Three in series of three)
### El Mundo Newspaper

It was the beginning of April of this year. All members of my family were in the house of my parents when, at about six thirty in the afternoon, we remembered we had to go pick up a nephew. It was almost dark, and so my dad decided to go for him. He said goodbye and said he would be back soon. Then he walked towards the door to go to his car. When he opened the door, he came face to face with two individuals who appeared to be policemen. My dad thought this was odd, and asked them what they were doing. They replied that they had to search the whole house.

That was when my dad told them, that in order to do that, they needed to show him a search warrant.

When I heard that, I imagined what might happen. I remembered that someone had told me that some men invaded houses and in order to do it, showed up as policemen. That was the first thing that came to mind.

While I overheard the exchange between my dad and the false policemen, I became convinced that they were not the authorities at all. Since my children were there, I then ran and hid them in a room. My heart was beating a mile a minute. I was scared. I understood what was going on. That was why I took my children and ran and hid them in the farthest room of the second floor in my parents' house. When I came downstairs, the false policemen were totally in control of the situation. I looked at them with surprise, and the first thing they said, was not to look them in the face. "Sit on the floor" they ordered. I counted two men. But I believe there were more outside, in the car. It wasn't just a couple of men. The ones dressed as policemen were spotless: even their shoes shone perfectly. Besides, they were all carrying AK 47 and M16 machine guns. Also a shotgun or rifle. I am not sure about this.

I was the first one the criminals sat down. Then they asked my dad to do the same. Later my sister and her nurse followed. She [sister] had an accident a while back. When they came in to talk to my dad and trick him, they did not cover their faces. After they had overpowered him with their weapons, they put on *navaron* [meaning unknown] face masks. From then on, we were not able to see their faces.

## Who is here?

A little later, the burglars asked who was in the second floor of my parents' house.
I told them my mother and my two children. I confess I was terrorized, very nervous. I begged them not to mistreat my children, because they were minors.
That was when one of them went upstairs and again, with a weapon in his hand, brought down the three of them to the main floor, and sat them on the floor. My children were also very scared, as well as my mother.
Then they chose my mom, and with very violent words, told her to tell them where the jewelry was. They took my mom as a hostage, and with a shotgun, forced her to show them each room. If they came across a safe or a container that held something of value, they would tell my mom to give them the combination or to open the containers. They asked for the key combination to the safe. My mother could do absolutely nothing. Little by little they took the money, the jewelry, and as they examined the house, they took the electronic home appliances.

## Ill treatment

Once they had taken everything they wanted and examined every nook of the house, while we watched powerless, they started to beat up my dad, while we all screamed in desperation.
The problem was that they found his Military hospital identification, and that was why they were particularly cruel with him. My dad could do nothing to defend himself. The rest of us were mistreated verbally. They told us any absurdity imaginable.
My dad was being hit hard while we desperately watched. They asked him to tell where the weapons were. My dad would answer that he didn't have any weapons in the house, but, in spite of that, they continued to humiliate him.
After this, they took us one by one into the kitchen. They tied up our arms and legs and left us face down. The only one they left sitting down, was myself, because I was holding my daughter in my arms and never let go. Besides, we were the only two that they tied with arms in front.
Then they became vicious. They would walk between us and kick us, which caused strong pain. They had no mercy at that point. They seemed to be mentally deranged.
Since it was almost dinnertime, one of them, who had stayed with us in the kitchen, took an ice chest and emptied the refrigerator and even filled it with food. They took cans and frozen food. They were never satisfied.

## They searched everything

The truth is these burglars didn't leave a single spot of the house without checking it out. They started with the handbags, then they took the cellular phones. They turned off the light in the kitchen, while we were there, and once in a while would come in.
Later we heard that they pulled the vehicles away from the house. We thought they were going to take them away. But the reality was that they put the one they were driving in, and started to load it with all the things they would take away. At this point, I guess they had been in the house about 45 minutes to an hour, doing whatever they felt like. When they examined my handbag, they took away credit cards. They even asked me which one they could use to get quick money easily. I answered that the only one they could use was the debit card. It was all

very frightening. They pointed the rifle at my son's head and asked me to give them the pin number of the debit card. They assured me that one of them would go to the nearest teller machine and that the others would remain. They did stress that if the pin I had finally given them was not correct, they would kill everyone.

The one I gave the pin number to, was repeating the number constantly. He wanted to memorize it. It was as if he was learning a mathematical formula.

Later, when they had finished with their misdeeds, they turned off the light. One of them told us: "listen, one of us is going to stay behind for about a half hour. Then we will come back. Do not move. Do not do absolutely anything. Don't try to free yourselves. After a half hour you can free yourselves".

A little bit later we heard that they closed the gate and left in the car. But I told my family I didn't believe that someone had remained behind. Then, with my teeth, I started to untie myself until I was able to do so. Once free, I untied the rest of my relatives. When we were free from the restraints, we prayed. I told my parents we should do so, because they could have raped my sister, or my daughter, and thank God, they had not shot anyone.

We then started to move about and think things through. They had warned us not to call the police, because they had our data. They also warned us not to call and cancel the credit cards, because they could come back and massacre all of us. The threats were clear, and of course, they wanted us to take them seriously.

In the community where my parents live, "Zombie's" gang had already been active. They robbed another house there, and they don't stop, I understand, until they've robbed other neighbors. The problem is that after the robbery, the victims tried to convince the rest of the neighbors to hire private guards. But in the end they didn't couldn't agree.

Maybe that would have prevented "Zombie's" men from invading my parents' house with violence and mistreatment.

The robbery of my parents' house happened a little while ago. It was in April. Besides, it was the third robbery in that residential area. It seems that the burglars feel comfortable there, and that they had studied and watched the area very well.

We realized what was happening when the police caught three followers of "Zombie". After that third burglary, the neighbors decided to hire a company that provided private guards. I don't know if it is too late or not, but at least they have done something in that regard. The truth is that we didn't file any complaint with the prosecution out of fear. Some of the neighbors say that, in all truth, some policemen may be involved in all that.

All the men who broke into the house were prepared, and I don't know if they had been trained, to pretend to be policemen. When my dad tried to stop them, that was when they used their weapons and pushed him into the house by force and closed the gate. At moments like that, anyone feels powerless. There is very little one can do, because, I believe, they are ready to kill anyone.

The authorities should do something. I am convinced that they watch communities, they know people's comings and goings very well, and they even had the nerve to rob three houses that were quite close to each other. People who live in these communities must be alert. If possible, private security should be hired. That is the best that can be done, at least so that they think about it two or three times. No one is safe at home. We were left traumatized.

12.05.2010



Una mujer relata a El Mundo la forma cómo la banda de el "Zombie" asaltó a la casa de sus padres, mientras ella la visitaba con sus hijos.

Los delincuentes fueron violentos y se llevaron desde el dinero hasta los electrodomésticos. Fingieron ser policías y vestían como ellos. Al padre de la mujer lo atacaron a patadas porque le encontraron un carné del hospital militar. Le preguntaban por armas que nunca tuvo en su casa.

**Redacción (Tercera de tres entregas)**
**Diario El Mundo**

Comenzaba el mes de abril de este año. Todos los miembros de mi familia estábamos en la casa de mis papás cuando, a eso de las seis y media de la tarde, recordamos que debíamos recoger a un sobrino. Casi oscurecía y por eso mi papá decidió ir por él. Se despidió y dijo que pronto regresaría. Entonces caminó hacia la puerta para tomar su auto. Cuando abrió la puerta, se topó con dos supuestos policías. Extrañado, mi papá les preguntó sobre lo que hacían. Le respondieron que tenían que hacer un cateo a toda la casa.

Fue entonces cuando mi papá les respondió que, para hacer eso, necesitaban mostrarle una orden judicial.

Cuando escuché aquello supuse lo que podía pasar. Recordé que alguien me había dicho que algunos hombres asaltaban casas y que para hacerlo se presentaban como policías. Eso fue lo primero que se me vino a la mente.

Mientras escuchaba las murmuraciones entre mi papá y los falsos policías, me convencí que de autoridades no tenían nada. Entonces, como ahí estaban mis hijos, corrí a esconderlos en una habitación. Mi corazón latía como a mil por hora. Estaba asustada. Entendí lo que estaba pasando. Por eso tomé a mis hijos y y corrí a esconderlos en el último cuarto de la segunda planta de la casa de mis padres. Cuando bajé, los falsos policías ya eran dueños de la situación. Yo los miré sorprendida y lo primero que me dijeron fue que no les mirara la cara. "Siéntese en el suelo", me ordenaron.

Yo conté a dos hombres. Pero, creo que afuera, en un auto, habían más. No actuaba únicamente una pareja de hombres. Los que vestían de policías llegaron impecables: hasta los zapatos estaban perfectamente lustrados. Además, todos estaban armados con ametralladoras AK 47 y M 16. También con una escopeta o un rifle. No estoy segura de esto último.

Yo fui la primera que sentaron los delincuentes. Después le pidieron lo mismo a mi papá. Más tarde corrió la misma suerte mi hermana y su enfermera. Ella tuvo un accidente hace algún tiempo. Cuando ellos entraron para hablar y engañar a mi papá, no se cubrían la cara. Después de que le doblaron su voluntad, armas en mano, se pusieron cubre rostros navarones. De ahí, en adelante, no les pudimos ver los rostros.

## ¿Quiénes están?

Poco después, los asaltantes preguntaron quiénes se encontraban en la segunda planta de la casa de mis padres.

Yo les respondí que mi mamá y mis dos hijos. Confieso que estaba aterrada, muy nerviosa. Les pedí el favor que no maltrataran a mis hijos porque eran menores de edad.

Fue entonces cuando uno de ellos subió y, de nuevo, con una arma en su mano, bajaron a los tres a la primera planta y los sentaron en el suelo. Mis hijos también estaban muy asustados, al igual que mi madre.

Después seleccionaron a mi mamá y le dijeron, con mucha violencia verbal, que les dijera donde estaban las joyas. Tomaron de rehén a mi mamá y con una escopeta la obligaron que les fuera enseñando cada cuarto.

En el sitio donde encontraban una caja fuerte o algún recipiente que guardara algo de valor, le advertían a mi mamá que les diera la combinación o que abriera los espacios. De la caja fuerte pidieron la clave. Nada, absolutamente nada, pudo hacer mi madre. Poco a poco fueron tomando el dinero, las joyas y, conforme revisaban todos los lugares de la casa, se apoderaron de los electrodomésticos.

## Maltrato

Cuando tomaron todo lo que querían ante nuestra impotencia y conocieron todos los espacios de la casa, empezaron a golpear a mi papá ante los gritos de desesperación nuestros.

El problema es que le encontraron un carné del hospital Militar y por eso se ensañaron contra él. Mi papá no podía hacer nada por defenderse. Al resto nos maltrataban verbalmente. Nos decían cualquier locura que se les ocurriera.

A mi papá le daban duro ante la desesperación de nosotros. Le preguntaban que dijera dónde estaban las armas. Mi papá les respondía que no tenía ninguna arma en la casa, pero, a pesar de eso, seguían ultrajándolo.

Después de eso, uno a uno nos llevaron a la cocina. Nos amarraban de brazos y piernas y nos dejaban con la boca hacia abajo. A la única que dejaron sentada fue a mí porque tenía en mis brazos a mi hija y no la solté en ningún momento. Además, ambas fuimos las únicas a las que amarraron con las manos hacia adelante.

Después se ensañaron. Pasaban entre nosotros y nos propinan patadas que nos provocaban fuertes dolores. Fueron despiadados en eso. Parecían enfermos mentales.

Como era casi hora de la cena,uno de ellos, quien se quedó con nosotros en la cocina, tomó una hielera y vació la refrigeradora y hasta la comida la metió ahí. Se llevaron las latas y los alimentos congelados. No se saciaban con nada.

## Registraron todo

La verdad es que esos ladrones no dejaron un solo sitio de la casa sin registrar. Comenzaron con las carteras, luego tomaron los celulares. Mientras estábamos en la cocina nos apagaron la luz y, cada cierto tiempo, entraban.

Después oímos que sacaron los vehículos de la casa. Pensamos que se los iban a llevar. Pero, la verdad es que metieron el que ellos conducían y ahí comenzaron a acomodar todas las cosas que finalmente se llevaron. Ahora estimo que estuvieron entre 45 minutos y una hora en la casa haciendo todo a su antojo. Cuando a mí me revisaron la cartera, me sacaron las tarjetas de crédito. Incluso, me preguntaron con cuál podían sacar dinero rápido y fácil. Yo les respondí que con la única que podían hacerlo era con la tarjeta de débito. Todo fue angustiante. A mi hijo le pusieron el rifle en la cabeza y me pidieron que les diera el pin de la tarjeta de débito. Me aseguraron que uno de ellos iría al cajero más cercano a sacar

dinero y que los otros se quedarían. Eso sí: me amenazaron que si el pin que, finalmente les di, no era el correcto, nos matarían a todos.

A quien le di el pin repetía el número constantemente. Quería memorizarlo. Parecía que estaba aprendiéndose una fórmula matemática.

Luego, cuando terminaron de hacer sus fechorías, nos apagaron la luz. Uno de ellos nos dijo: "miren, se va a quedar uno de nosotros como media hora. Luego vamos a regresar. No se muevan. No hagan absolutamente nada. No traten de destrabarse. Después de media hora pueden soltarse".

Muy poco después oímos que cerraron el portón y se marcharon en el auto. Pero, yo le dije a mi familia que no creía que hubiese quedado alguien. Entonces, con los dientes, comencé a desamarrarme hasta que finalmente lo conseguí. Una vez libre, desamarré al resto de mis familiares.

Cuando quedamos libres de ataduras, rezamos una oración. Les dije a mis padres que lo hiciéramos porque pudieron haber violado a mi hermana o a mi hija y que, gracias a Dios, no le habían disparado a nadie.

Entonces comenzamos a movernos, a razonar lentamente. Ellos nos habían advertido que no llamáramos a la policía porque tenían nuestros datos. También nos advirtieron que no llamáramos a cancelar las tarjetas de crédito porque podían regresar a cometer una masacre con todos nosotros. Las condenas fueron claras y, por supuesto, que las tomamos en serio.

En la colonia donde residen mis padres, esa banda del "Zombie" ya había actuado. Ahí asaltaron otra casa y no se quedan quietos, por lo que entiendo, mientras no desvalijen a otros vecinos.

El problema es que después del asalto, las víctimas trataron de convencernos a los vecinos que contrataran seguridad privada. Pero, al final no se pusieron de acuerdo.

Quizá eso hubiese evitado que los hombres del "Zombie" asaltaran la casa de mis padres haciendo uso de toda violencia y de maltratos.

El atraco de la casa de mis padres ocurrió hace poco tiempo. Fue en abril. Además, fue el tercer asalto en ese residencial. Pareciera que ahí se sentían cómodos los asaltantes y que, de alguna manera, lo habían estudiado y vigilado muy bien.

Nosotros nos dimos cuenta de lo que sucedía cuando la policía detuvo a tres secuaces del "Zombie". Después de ese tercer atraco, entonces los vecinos decidieron contratar a una empresa privada de seguridad. Yo no sé si es tarde o no, pero al menos han hecho algo en ese sentido. La verdad es que nosotros, por temor, no presentamos ninguna denuncia ante la fiscalía. Algunos vecinos dicen que, efectivamente, en todo eso pueden estar involucrados policías.

Todos los hombres que entraron a la casa de mis padres estaban preparados, y no sé si entrenados, para fingir el papel de policías. Cuando mi papá trató de frenarlos fue cuando utilizaron las armas y lo metieron a la fuerza dentro de la casa y cerraron el portón. En esos momentos, cualquiera se siente impotente. Es poco o nada lo que se puede hacer porque, pienso, están preparados para matar a cualquiera.

Las autoridades deberían hacer algo. Estoy convencida que ellos vigilan los residenciales, saben bien los movimientos de la gente y hasta se dan el lujo de asaltar tres casas muy cerca entre ellas. La gente que vive en los residenciales debe estar atenta. Si se puede, debe contratarse seguridad privada. Eso es lo mejor que se puede hacer, por lo menos para que lo piensen dos o tres veces.

Ya nadie está seguro en su casa. Nosotros quedamos traumados.

http://www.elmundo.com.sv/Mambo/index.php?option=com_content&task=view&id=24624&Itemid=41

# Exhibit B

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION


UNITED STATES OF AMERICA,              )
                                       )
                  Plaintiff,           )No. CR 09-466-R-22
                                       )
        vs.                            )
                                       )
ALEXANDER SANCHEZ,                     )
                                       )
                  Defendant.           )



TRANSCRIPT OF PROCEEDINGS

THE HONORABLE MANUEL L. REAL, U.S. DISTRICT JUDGE PRESIDING

LOS ANGELES, CALIFORNIA

OCTOBER 19, 2009


DETENTION HEARING




BRIDGET R. MONTERO, CSR 10020, CRR
United States Courthouse
312 North Spring Street, Room 435
Los Angeles, California 90012
www.bridgetmontero.com
Internal File No. 09080

| 1  | A. | Yes, sir. |
|---|---|---|
| 2  | Q. | Informants? |
| 3  | A. | Correct. |
| 4  | Q. | I'd like to turn your attention to your declaration and |
| 5  |    | your interpretation of the four calls. |
| 6  |    | Now, you've listened to these four calls and |
| 7  |    | compared them to the transcripts, correct? |
| 8  | A. | Yes, sir. |
| 9  | Q. | You went over the calls numerous times? |
| 10 | A. | Yes, sir. |
| 11 | Q. | And these were the four calls that you and the |
| 12 |    | government selected to submit to the Court as being the |
| 13 |    | strongest evidence in support of the case? |
| 14 | A. | The four calls that were chosen, yes, sir. |
| 15 | Q. | And in your declaration you identified the person known |
| 16 |    | as Zombie as being Juan Bonilla, correct? |
| 17 | A. | That's the person we believe to be Zombie, yes, sir. |
| 18 | Q. | You define Zombie early on in your declaration as being |
| 19 |    | Juan Bonilla? |
| 20 | A. | That's correct. |
| 21 | Q. | With respect to these first three calls, you state in |
| 22 |    | your declaration that the Zombie being discussed in those |
| 23 |    | calls is Juan Bonilla, correct? |
| 24 | A. | That's correct. |
| 25 | Q. | With respect to the fourth call, you state that Zombie |

1   talking to Mr. Sanchez is Juan Bonilla?

2   A.    That is our belief, yes, sir.

3   Q.    In your declaration you don't identify any other person

4   as being Zombie, correct, other than Juan Bonilla?

5   A.    That's correct.

6   Q.    When you wrote the declaration, you were certain Juan

7   Bonilla was the Zombie in those calls?

8   A.    Yes, sir.

9   Q.    You were present at the first bail hearing on

10  June 30th, 2009?

11  A.    Yes, I was.

12  Q.    And at that hearing the government did not present the

13  actual wiretap recordings or the transcripts of these calls,

14  correct?

15  A.    That's correct.

16  Q.    At the hearing Ms. Carpenter, Assistant United States

17  Attorney Ms. Carpenter, represented to the Court that

18  Mr. Sanchez was recorded on a 2006 wiretap, correct?

19  A.    Yeah, I believe so.  Yes, sir.

20  Q.    She represented to the Court that the government wanted

21  to focus specifically on the 2006 calls because they relate

22  to the most serious charge in the indictment and the one the

23  government thought was the focus of Mr. Sanchez's role in

24  this case, that is, the May 15th murder of Walter Lacinos.

25          Do you recall that?

```
1   A.    I'm not -- I don't have an immediate recollection of
2   her exact words, but something to that nature, yes, sir.
3   Q.    As part of the presentation to the Court, Ms. Carpenter
4   represented on one of the calls Mr. Sanchez was recorded
5   talking directly to the person that killed Cameron shortly
6   before the murder, correct?
7   A.    Yes, sir.
8   Q.    That person Ms. Carpenter was referring to is Juan
9   Bonilla, correct?
10  A.    Yes, sir.
11  Q.    The call Ms. Carpenter was referring to was the fourth
12  call you submitted to this Court as part of your
13  declaration, correct?
14  A.    Yes, sir.
15  Q.    You also testified under oath at this June 30th
16  hearing, correct?
17  A.    Yes, I did.
18  Q.    And Ms. Carpenter at that hearing asked you to focus on
19  the calls from May 6th and May 7th, correct?
20  A.    Correct.
21  Q.    And those are the four calls that are attached to the
22  declaration?
23  A.    Yes, sir.
24  Q.    And you testified under oath that based upon your
25  review of the calls, Ms. Carpenter's proffer that
```

1   Mr. Sanchez spoke directly with Juan Bonilla on the May 7th
2   call was accurate?
3   A.    Yes, sir.
4   Q.    The time you testified before the magistrate court and
5   the time you wrote your declaration, you were certain that
6   the Zombie being discussed in the first three calls was Juan
7   Bonilla?
8   A.    Yes, sir.
9   Q.    At the time you testified before the magistrate court
10  and the time you wrote your declaration, you were certain
11  the Zombie talking directly to Mr. Sanchez in the fourth
12  call is Juan Bonilla?
13  A.    Yes, sir.  To the best of our ability, yes, sir.  I
14  believe that.
15  Q.    Both times you swore under penalty of perjury you were
16  certain about the fact Zombie was Juan Bonilla as you were
17  about any other fact in the case, true?
18  A.    On the fact related to Zombie as Juan Bonilla, yes,
19  sir.
20  Q.    As Juan Bonilla being the Zombie in those calls?
21  A.    Correct.
22  Q.    Let's talk for a minute about what you told the Court
23  was the history and motive behind Cameron's murder.  Okay?
24  A.    Yes, sir.
25  Q.    In your declaration you presented your theory why

ASA 01009

| 1 | Cameron was murdered, correct? |
|---|---|
| 2 | A.    We discussed part of it, yes, sir. |
| 3 | Q.    In your declaration you describe for the Court the |
| 4 | background between Juan Bonilla and Cameron, correct? |
| 5 | A.    Correct. |
| 6 | Q.    You told the Court Cameron believed Juan Bonilla had |
| 7 | informed on him back in the 1990s, correct? |
| 8 | A.    That's correct. |
| 9 | Q.    You told the Court Cameron sent papers out to the |
| 10 | Normandie clique proving that Juan Bonilla was an informant, |
| 11 | correct? |
| 12 | A.    That's correct. |
| 13 | Q.    You told the Court Cameron wanted to have Juan Bonilla |
| 14 | killed? |
| 15 | A.    That's correct. |
| 16 | Q.    You told the Court the Normandie clique did not believe |
| 17 | Cameron, and thought the papers were fake? |
| 18 | A.    That's correct. |
| 19 | Q.    You told the Court the Normandie clique refused to kill |
| 20 | Juan Bonilla, correct? |
| 21 | A.    Yes, sir. |
| 22 | Q.    You told the Court that, against this background, the |
| 23 | four calls took place, right? |
| 24 | A.    Yes, sir. |
| 25 | Q.    You took the time to explain this background to the |

```
1   Court because the history between Juan Bonilla and Cameron
2   was important to your declaration, correct?
3   A.    Yes.  It's part of the whole relationship with not only
4   Juan Bonilla but the Normandie clique, yes, sir.
5   Q.    The history explained why Juan Bonilla would kill
6   Cameron?
7   A.    Part of the motive, yes, sir.
8   Q.    According to your declaration, in the fourth call
9   Mr. Sanchez is actually talking directly to Juan Bonilla,
10  correct?
11  A.    Yes, sir.
12  Q.    According to your declaration, Mr. Sanchez is telling
13  Juan Bonilla to kill Cameron?
14  A.    Yes, sir.  It's my belief, yes, sir.
15  Q.    You've read Mr. Sanchez's October 13th filing along
16  with the declaration of Father Greg Boyle and the
17  declaration of Mr. Gomez-Ruballo?
18  A.    I've had a brief moment to review it, yes, sir.
19  Q.    You've read it?
20  A.    Yes, sir.
21  Q.    You understand it's Mr. Sanchez's position that the
22  government has misidentified Zombie in these four calls,
23  correct?
24  A.    I've read that, yes, sir.
25  Q.    Based upon what you now know, isn't it true that you
```

# Exhibit C

DECLARATION OF COUNSEL IN SUPPORT OF MOTION

I, Peter Johnson, declare as follows:

1.      I am a licensed attorney authorized to practice before this Court and appointed to represent Juan Fuentes in the matter of *United States v. Jose Alfaro*, et. al., case no. 09-CR-00466.

2.      I have read the indictment and the grand jury transcripts in this case.

3.      In the indictment, the government alleges that the four (4) phone calls formed the factual basis of its charge.  In grand jury proceedings, FBI Special Agent Jonathan H. Bauman testified that Mr. Fuentes and others conspired to kill Walter Lacinos during the four calls, which included discussions with Juan Bonilla, a.k.a. "Zombie," the actual murder.  Specifically, Agent Bauman alleged that, during one of the calls, the defendants instructed Juan Bonilla to kill Lacinos and that on May 15, 2006, Juan Bonilla, a.k.a. "Zombie," killed Walter Lacinos, a.k.a., "Cameron."

4.      I have read portions of the October 19, 2009 bail hearing transcripts for co-defendant Alex Sanchez wherein Los Angeles Police Department Detective Frank Flores testified on behalf of the government.  In that hearing, Detective Flores confirms the above theory of the case.

5.      On October 16, 2012, I met with government counsel Garth Hire and Xochitl Arteaga. During the meeting government counsel confirmed that  Detective Flores and Agent Bauman were wrong regarding the allegation that Juan Bonilla, a.k.a. "Zombie" was the person referenced and/or participating in the May 6 and May 7 calls.  However, government counsel continued to allege that, during the May 6 and May 7, 2006 calls, Mr. Fuentes agreed or supported an alleged conspiracy to murder Walter Lacinos.

6.       On December 6, 2012, I met with government counsel Garth Hire and Elizabeth Yang.  During that meeting government counsel confirmed that the government's theory is now that, during the May 6 and May 7, 2006 calls, Mr.

1  Fuentes did <u>not</u> agree or support an alleged plan to murder Walter Lacinos.

2  However, the government alleges that Mr. Fuentes later changed his mind and

3  supported the collective decision by the gang to murder Walter Lacinos when the

4  person who committed the murder, Juan Bonilla, allegedly called Mr. Fuentes and

5  others on May 14 or 15, 2006 before committing the murder.

6  7.       During the December 6, 2012 meeting, I also confirmed that the government

7  does not have a recording or transcript of the alleged phone call from Juan Bonilla on

8  May 14 or May 15, 2006.

9

10       I declare under penalty of perjury that the foregoing is true and correct.

11  Executed this 10th day of December, 2012, in Redondo Beach, California.

12

13                                    /s/Peter Johnson

14                                    Peter Johnson
                                      Attorney for Defendant Juan Fuentes

15

16

17

18

19

20

21

22

23

24

25

26

27

28